**EXHIBIT 13**

**GREAT AMERICAN INSURANCE COMPANY** — Crop Insurance Division
Peoria
1315 W. Commerce Drive
Peoria, IL  61615-1462

# Multiple Peril Crop Insurance
## Schedule of Insurance with Production Report
### for the 2019 Crop Year

08/19/2019
Page: 1 of 10

**Policy Number: 2019-MI-084-1139527**

| | | |
|---|---|---|
| **INSURED:** NEW HEIGHTS FARM II, LLC<br>6241 RANSOM ST<br>ZEELAND, MI  49464 | **Person Type:** Limited Liability Company (LLC)<br>**Identification Number:** XX-XXX1610<br>**ID # Type:** ☐ SSN ☑ EIN ☐ Assigned Number<br>**Phone:** (616) 875-7880<br>**2nd Phone:** (616) 610-2886 | **AGENT:** SPARTAN INSURANCE -MAIN 3<br>806 BOTSFORD RD<br>PETOSKEY, MI  49770 |

**Code No:** 236132
**Phone:** (855) 347-1066
**Fax:** (231) 347-1067

**SBI Name:**
**SBI Identification #:**

**Authorized Representative(s):** NICHOLAS BOERSEN
**Limited Authorized Rep(s):**
**POA(s):**
**Added Acreage (CL):**

**INSURED CROP SUMMARY FOR STATE: Michigan**    Assignment of Indemnity to: None    All Counties Option: No

| Name of County | Name of Crop(s) | BFR | EU DNQ | EP DNQ | Unit Structure | ***New Producer | Plan | Cov Level | % Price Elect, Proj. Price, or Amt of Ins. | Fee | Options/ Elections/ Endorsements | Named Peril Endorsement | Insured Premium | Liability | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eaton (45) | Corn | ☑ | ☐ | ☐ | EU | ☐ | RP (02) | 80% | 100% of Max | $0 | MC/PF/TA/YA | None | $ 1,716 | $ 111,949 | 223.62 |
| Eaton (45) | Soybeans | ☑ | ☐ | ☐ | EU | ☐ | RP (02) | 80% | 100% of Max | $0 | MC/PF/TA/YA | None | $ 0 | $ 0 | 0.00 |
| Ingham (65) | Corn | ☑ | ☐ | ☐ | EU | ☐ | RP (02) | 80% | 100% of Max | $0 | MC/PF/TA/YA | None | $ 0 | $ 0 | 0.00 |
| Ingham (65) | Soybeans | ☑ | ☐ | ☐ | EU | ☐ | RP (02) | 80% | 100% of Max | $0 | MC/PF/TA/YA | None | $ 3,322 | $ 220,221 | 680.28 |
| Washtenaw (161) | Corn | ☑ | ☐ | ☑ | EP | ☑ | RP (02) | 80% | 100% of Max | $0 | PF/YA | None | $ 10,671 | $ 514,155 | 1,189.65 |
| Washtenaw (161) | Soybeans | ☑ | ☐ | ☐ | EP | ☑ | RP (02) | 80% | 100% of Max | $0 | PF/YA | None | $ 0 | $ 0 | 0.00 |
| | | | | | | | | | | | | Grand Total: | $ 15,709 | $ 846,325 | 2,093.55 |

**CROP ACREAGE SUMMARY** (Review information for accuracy and report errors immediately.  Revisions are subject to approval by company.)

| Line | Unit / Structure Crop Coverage | Practice/Type/Variety County - Map Area Acreage Type | Line Note Legal Description, FSA Farm/Tract/Field | Factors Map / Exp Opt / Unit | Base Rate/ Land Other Cnty? | APH Yield Rate Yield Adj Yield | Guar/Acre Total Guar UOM Guar | Price * Liability | Share % / Others Sharing | Acres Plant Date (Late - Factor) | Premium Base Insured's | 2019 Production & Record Type * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0001-0001-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 13-2N-4W / 14-2N-3W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.0297407 No | 185 BU 169 BU 177 BU | 148.0 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0<br>$0 | ☐ Commingled Prod |
| 66 | 0001-0001-EU Corn 80% | Non-Irr/Grain Eaton (45) 01-Insured | 13-2N-4W / 8533-2978-1,2,3 | 1.00 / 1.00 PFTAYA 1.020 / 0.70 | 0.0297407 No | 185 BU 169 BU 177 BU | 148.0 BU $78,462 19,615 BU | 4.00 E 78,462 | 1.0000 | 148.94 6/16/2019 (11 L2 - 0.890) | $5,539<br>$1,218 | ☐ Commingled Prod |
| 2 | 0001-0002-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 33-1N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.02857453 No | 184 BU 180 BU 180 BU | 147.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0<br>$0 | ☐ Commingled Prod |

*\* Price Type Code indicates type of price used for calculation of premium & coverages:*
*A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement*

*\* Record Types: (A)Harvested Production: sold/commercial storage., (B)Harvested Production: pick/daily sales records., (D)Harvested Production: automated yield monitoring system., (E)Harvested Production: farm stored/measured by insured., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only), (J)Unharvested and put to another use. (ARPI only), (K)Unharvested and production appraised by AIP (ARPI Only), (L)Unreported production. (ARPI only), (M)Claim for indemnity. For CCIP policies only., (N)Appraisal (non-loss). For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only. (Z)Zero Planted Acres*

*\*\*\* **Insurability:** (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal*
*\*\* I certify I have not produced the insured crop in the county for more than two years.*

(Form M205)    See Signature Page for Required Statements



**Schedule of Insurance with Production Report - for the 2019 Crop Year**

Policy Number: 2019-MI-084-1139527    NEW HEIGHTS FARM II, LLC

Agency: 236132 SPARTAN INSURANCE -MAIN 3 / PETOSKEY, MI

08/19/2019
Page: 2 of 10

| Line | Unit / Structure Crop Coverage | Practice/Type/Variety County - Map Area Acreage Type | Line Note Legal Description, FSA Farm/Tract/Field | Factors Map / Exp Opt / Unit | Base Rate/ Land Other Cnty? | APH Yield Rate Yield Adj Yield | Guar/Acre Total Guar UOM Guar | Price * Liability | Share % / Others Sharing | Acres Plant Date (Late - Factor) | Premium Base Insured's | 2019 Production & Record Type * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0001-0003-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 23-2N-4W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.0288525 No | 181 BU 177 BU 177 BU | 144.8 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 4 | 0001-0004-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 23-2N-4W / 24-2N-4W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.0288525 No | 181 BU 177 BU 177 BU | 144.8 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 5 | 0001-0005-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 18-3N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.0297407 No | 171 BU 169 BU 169 BU | 136.8 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 8 | 0001-0009-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 7-1N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.02943513 No | 173 BU 171 BU 171 BU | 138.4 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 9 | 0001-0010-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 9-1N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.02943513 No | 173 BU 171 BU 171 BU | 138.4 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 10 | 0001-0011-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 24-3N-4W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.02943513 No | 173 BU 171 BU 171 BU | 138.4 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 65 | 0001-0011-EU Corn 80% | Non-Irr/Grain Eaton (45) 01-Insured | 24-3N-4W / 9115-958-1,2,3,4 | 1.00 / 1.00 PFTA 1.020 / 0.69 | 0.02943513 No | 173 BU 171 BU 171 BU | 138.4 BU $33,487 8,372 BU | 4.00 E 33,487 | 1.0000 | 74.68 6/24/2019 (19 L2 - 0.810) | $2,262 $498 | ☐ Commingled Prod |
| 13 | 0001-0014-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 22-1N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03038282 No | 164 BU 163 BU 163 BU | 131.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 16 | 0001-0016-EU Corn 80% | Non-Irr/Grain Eaton (45) 14-ZU | 21-2N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.0297407 No | 170 BU 169 BU 169 BU | 136.0 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| | **Total for Eaton, Corn** | | | Acres: 223.62 | | Guarantee/Amt. of Cov.: 111,948 DOL | | Liability: $111,949 | | | $7,801 | $1,716 |
| Line | Unit / Structure Crop Coverage | Practice/Type/Variety County - Map Area Acreage Type | Line Note Legal Description, FSA Farm/Tract/Field | Factors Map / Exp Opt / Unit | Base Rate/ Land Other Cnty? | APH Yield Rate Yield Adj Yield | Guar/Acre Total Guar UOM Guar | Price * Liability | Share % / Others Sharing | Acres Plant Date (Late - Factor) | Premium Base Insured's | 2019 Production & Record Type * |
| 17 | 0001-0001-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 13-2N-4W / 14-2N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03146766 No | 52 BU 50 BU 50 BU | 41.6 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |

*Price Type Code indicates type of price used for calculation of premium & coverages:*
A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement

* Record Types: (A)Harvested Production: sold/commercial storage., (B)Harvested Production: farm stored/measured by insured., (C)Harvested Production: pick/daily sales records., (D)Harvested Production: farm stored/measured by authorized representative., (E)Harvested Production: automated yield monitoring system., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only), (J)Unharvested and put to another use.  (ARPI only), (K)Unharvested and production appraised by AIP (ARPI Only)., (L)Unreported production. (ARPI only), (M)Claim for indemnity. For CCIP policies only., (N)Appraisal (non-loss). For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only., (Z)Zero Planted Acres

*** **Insurability:** (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal
** I certify I have not produced the insured crop in the county for more than two years.

(Form M205)        See Signature Page for Required Statements

**Schedule of Insurance with Production Report - for the 2019 Crop Year**

Policy Number: 2019-MI-084-1139527     NEW HEIGHTS FARM II, LLC

Agency: 236132 SPARTAN INSURANCE -MAIN 3 / PETOSKEY, MI

08/19/2019
Page: 3 of 10

| Line | Unit / Structure Crop Coverage | Practice/Type/Variety County - Map Area Acreage Type | Line Note Legal Description, FSA Farm/Tract/Field | Factors Map / Exp Opt / Unit | Base Rate/ Land Other Cnty? | APH Yield Rate Yield Adj Yield | Guar/Acre Total Guar UOM Guar | Price * Liability | Share % / Others Sharing | Acres Plant Date (Late - Factor) | Premium Base Insured's | 2019 Production & Record Type * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 0001-0002-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 7-1N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03422171 No | 48 BU 46 BU 46 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 19 | 0001-0003-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 22-1N-3W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.03526465 No | 48 BU 45 BU 47 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 20 | 0001-0004-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 9-1N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03422171 No | 48 BU 46 BU 46 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 21 | 0001-0005-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 18-3N-3W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03526465 No | 46 BU 45 BU 45 BU | 36.8 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 22 | 0001-0006-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 23-2N-4W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.03356362 No | 50 BU 47 BU 49 BU | 40.0 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 23 | 0001-0007-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 24-2N-4W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.03356362 No | 50 BU 47 BU 49 BU | 40.0 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 24 | 0001-0008-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 33-1N-3W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.03886219 No | 45 BU 41 BU 44 BU | 36.0 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 25 | 0001-0011-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 24-3N-4W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03356362 No | 48 BU 47 BU 47 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 29 | 0001-0015-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Eaton (45) 15-ZC | 21-2N-3W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.03886219 No | 45 BU 41 BU 45 BU | 36.0 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| **Total for Eaton, Soybeans** | | | | Acres: 0.00 | | Guarantee/Amt. of Cov.: 0 DOL | | Liability: $0 | | | $0 | $0 |
| 34 | 0001-0005-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 11-1N-2W / 14-1N-1W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.0331132 No | 179 BU 175 BU 175 BU | 143.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |

*Price Type Code indicates type of price used for calculation of premium & coverages:*
A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement

* Record Types: (A)Harvested Production: sold/commercial storage., (B)Harvested Production: farm stored/measured by insured., (C)Harvested Production: pick/daily sales records., (D)Harvested Production: automated yield monitoring system., (E)Harvested Production: farm stored/measured by authorized representative., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only), (J)Unharvested and put to another use. (ARPI only), (K)Unharvested and production appraised by AIP (ARPI Only)., (L)Unreported production. (ARPI only), (M)Claim for indemnity. For CCIP policies only., (N)Appraisal (non-loss). For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only., (Z)Zero Planted Acres

*** Insurability:** (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal
** I certify I have not produced the insured crop in the county for more than two years.

(Form M205)     See Signature Page for Required Statements



**Schedule of Insurance with Production Report - for the 2019 Crop Year**  
08/19/2019  
Page: 4 of 10  
Policy Number: 2019-MI-084-1139527     NEW HEIGHTS FARM II, LLC  
Agency: 236132 SPARTAN INSURANCE -MAIN 3 / PETOSKEY, MI

| # | Unit | Type/Practice County | Section | Share | Rate | Yields | Price/Amt | Price Type | Prem Factor | Prod to Count | Liability | Premium | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 0001-0006-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 14-1N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03386806 No | 170 BU 168 BU 168 BU | 136.0 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| 37 | 0001-0008-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 5-1N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03348435 No | 174 BU 172 BU 172 BU | 139.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| 38 | 0001-0009-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 7-1N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03348435 No | 174 BU 172 BU 172 BU | 139.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| 39 | 0001-0010-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 9-1N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03348435 No | 174 BU 172 BU 172 BU | 139.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| 40 | 0001-0011-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 21-1N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03348435 No | 174 BU 172 BU 172 BU | 139.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| 41 | 0001-0012-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 26-1N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03348435 No | 174 BU 172 BU 172 BU | 139.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| 42 | 0001-0013-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 27-1N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03348435 No | 174 BU 172 BU 172 BU | 139.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| 43 | 0001-0014-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 1-1N-2W / 6-1N-1W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03275399 No | 179 BU 177 BU 177 BU | 143.2 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| 44 | 0001-0015-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 29-2N-2W / 30-2N-2W / 31-2N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.0355425 No | 156 BU 156 BU 156 BU | 124.8 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| 45 | 0001-0016-EU Corn 80% | Non-Irr/Grain Ingham (65) 15-ZC | 15-1N-2W / 28-1N-2W / 32-2N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.03329725 No | 173 BU 173 BU 173 BU | 138.4 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 | $0 | ☐ Commingled Prod |
| **Total for Ingham, Corn** | | | | | Acres: 0.00 | | Guarantee/Amt. of Cov.: 0 DOL | | | Liability: $0 | | $0 | $0 |

*  *Price Type Code indicates type of price used for calculation of premium & coverages:*  
A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement

* Record Types: (A)Harvested Production: sold/commercial storage., (B)Harvested Production: farm stored/measured by insured., (C)Harvested Production: pick/daily sales records., (D)Harvested Production: automated yield monitoring system., (E)Harvested Production: farm stored/measured by authorized representative., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only), (J)Unharvested and put to another use. (ARPI only), (K)Unharvested and production appraised by AIP (ARPI Only), (L)Unreported production. (ARPI only), (M)Claim for indemnity. For CCIP policies only., (N)Appraisal (non-loss). For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only., (Z)Zero Planted Acres

*** **Insurability:** (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal  
** *I certify I have not produced the insured crop in the county for more than two years.*

(Form M205)     See Signature Page for Required Statements



**Schedule of Insurance with Production Report - for the 2019 Crop Year**

08/19/2019

Policy Number: 2019-MI-084-1139527    NEW HEIGHTS FARM II, LLC

Page: 5 of 10

Agency: 236132 SPARTAN INSURANCE -MAIN 3 / PETOSKEY, MI

| Line | Unit / Structure Crop Coverage | Practice/Type/Variety County - Map Area Acreage Type | Line Note Legal Description, FSA Farm/Tract/Field | Factors Map / Exp Opt / Unit | Base Rate/ Land Other Cnty? | APH Yield Rate Yield Adj Yield | Guar/Acre Total Guar UOM Guar | Price * Liability | Share % / Others Sharing | Acres Plant Date (Late - Factor) | Premium Base Insured's | 2019 Production & Record Type * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 0001-0002-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 30-3N-2W | 1.00 / 1.00 PFTA 1.020 / 1.00 | 0.02576141 No | 51 BU 50 BU 50 BU | 40.8 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 50 | 0001-0005-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 5-1N-2W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.02915177 No | 48 BU 44 BU 47 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 51 | 0001-0006-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 7-1N-2W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.02915177 No | 48 BU 44 BU 47 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 52 | 0001-0007-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 9-1N-2W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.02915177 No | 48 BU 44 BU 47 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 53 | 0001-0008-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 21-1N-2W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.02915177 No | 48 BU 44 BU 47 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 54 | 0001-0009-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 26-1N-2W / 27-1N-2W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.02915177 No | 48 BU 44 BU 47 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 56 | 0001-0011-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 11-1N-2W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.02856232 No | 49 BU 45 BU 48 BU | 39.2 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 57 | 0001-0012-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 14-1N-2W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.02856232 No | 49 BU 45 BU 48 BU | 39.2 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 58 | 0001-0013-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | A/L 2015 1-1N-2W / 6-1N-1W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.03297403 No | 44 BU 39 BU 43 BU | 35.2 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 68 | 0001-0013-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 01-Insured | A/L 2015 1-1N-2W / 6-1N-1W / 8034-2218-4 / 8034-6435-4 | 1.00 / 1.00 PFTAYA 1.020 / 0.78 | 0.03297403 No | 44 BU 39 BU 43 BU | 35.2 BU $44,207 4,634 BU | 9.54 E 44,207 | 1.0000 | 143.02 6/23/2019 (8 L2 - 0.920) | $3,404 $749 | ☐ Commingled Prod |

*Price Type Code indicates type of price used for calculation of premium & coverages:*
*A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement*

* Record Types: (A)Harvested Production: sold/commercial storage., (B)Harvested Production: farm stored/measured by insured., (C)Harvested Production: pick/daily sales records., (D)Harvested Production: automated yield monitoring system., (E)Harvested Production: farm stored/measured by authorized representative., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only), (J)Unharvested and put to another use. (ARPI only), (K)Unharvested and production appraised by AIP (ARPI Only)., (L)Unreported production. (ARPI only), (M)Claim for indemnity. For CCIP policies only., (N)Appraisal (non-loss). For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only., (Z)Zero Planted Acres

***Insurability:** (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal
** I certify I have not produced the insured crop in the county for more than two years.

(Form M205)    See Signature Page for Required Statements



**Schedule of Insurance with Production Report - for the 2019 Crop Year**     08/19/2019

Policy Number: 2019-MI-084-1139527    NEW HEIGHTS FARM II, LLC     Page: 6 of 10

Agency: 236132 SPARTAN INSURANCE -MAIN 3 / PETOSKEY, MI

| Line | Unit / Structure Crop Coverage | Practice/Type/Variety County - Map Area Acreage Type | Line Note Legal Description, FSA Farm/Tract/Field | Factors Map / Exp Opt / Unit | Base Rate/ Land Other Cnty? | APH Yield Rate Yield | Guar/Acre Total Guar UOM Guar | Price * Liability | Share % / Others Sharing | Acres Plant Date (Late - Factor) | Premium Base Insured's | 2019 Production & Record Type * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 0001-0015-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 15-1N-2W / 32-2N-2W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.02915177 No | 48 BU 44 BU 48 BU | 38.4 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 61 | 0001-0016-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 01-Insured | 29-2N-2W / 30-2N-2W / 31-2N-2W / 8128-1183-12 / 8128-1325-1,14,7,9 / 8128-3652-1,2 / 8128-5895-15,17,34 | 1.00 / 1.00 PFTAYA 1.020 / 0.77 | 0.0337957 No | 43 BU 38 BU 43 BU | 34.4 BU $141,726 14,856 BU | 9.54 E 141,726 | 1.0000 | 431.86 6/14/2019 | $9,399 $2,068 | ☐ Commingled Prod |
| 67 | 0001-0016-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 01-Insured | 29-2N-2W / 30-2N-2W / 31-2N-2W / 5578-2182-1,2 / 8128-1325-2 / 8128-889-3 | 1.00 / 1.00 PFTAYA 1.020 / 0.77 | 0.0337957 No | 43 BU 38 BU 43 BU | 34.4 BU $34,288 3,594 BU | 9.54 E 34,288 | 1.0000 | 105.40 6/16/2019 (1  L2 - 0.990) | $2,294 $505 | ☐ Commingled Prod |
| 62 | 0001-0017-EU Soybeans 80% | Nfac (Non-Irr)/Commodity Ingham (65) 14-ZU | 28-1N-2W | 1.00 / 1.00 PFTAYA 1.020 / 1.00 | 0.03145779 No | 46 BU 41 BU 46 BU | 36.8 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |

**Total for Ingham, Soybeans**     Acres: 680.28     Guarantee/Amt. of Cov.: 220,221 DOL     Liability: $220,221     $15,097     $3,322

| Line | Unit / Structure Crop Coverage | Practice/Type/Variety County - Map Area Acreage Type | Line Note Legal Description, FSA Farm/Tract/Field | Factors Map / Exp Opt / Unit | Base Rate/ Land Other Cnty? | APH Yield Rate Yield | Guar/Acre Total Guar UOM Guar | Price * Liability | Share % / Others Sharing | Acres Plant Date (Late - Factor) | Premium Base Insured's | 2019 Production & Record Type * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 0001-0001-EU Corn 80% | Non-Irr/Grain Washtenaw (161) 14-ZU | GENERIC LINE 1-3S-3E / 7-3S-4E / 12-3S-3E / 13-3S-3E / 17-3S-4E / 18-3S-4E / 24-3S-3E | 1.00 / 1.00 PF 1.020 / 1.00 | 0.07649743 No | 137 BU 137 BU | 109.6 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 69 | 0001-0001-EU Corn 80% | Non-Irr/Grain Washtenaw (161) 01-Insured | GENERIC LINE 1-3S-3E / 7-3S-4E / 12-3S-3E / 13-3S-3E / 17-3S-4E / 18-3S-4E / 24-3S-3E / 3057-13300-1,2 / 3057-1547-1,10,11,12,13,14,18,19,2,20,21, 3,4,6,7,9 / 9037-11703-5 | 1.00 / 1.00 PF 1.020 / 0.64 | 0.07649743 No | 137 BU 137 BU | 109.6 BU $445,531 111,383 BU | 4.00 E 445,531 | 1.0000 | 1,026.57 6/6/2019 (1  L2 - 0.990) | $41,856 $9,208 | ☐ Commingled Prod |
| 70 | 0001-0001-EU Corn 80% | Non-Irr/Grain Washtenaw (161) 01-Insured | GENERIC LINE 1-3S-3E / 7-3S-4E / 12-3S-3E / 13-3S-3E / 17-3S-4E / 18-3S-4E / 24-3S-3E / 3057-1547-15,16,17 / 9037-11703-4 | 1.00 / 1.00 PF 1.020 / 0.64 | 0.07649743 No | 137 BU 137 BU | 109.6 BU $68,624 17,156 BU | 4.00 E 68,624 | 1.0000 | 163.08 6/9/2019 (4  L2 - 0.960) | $6,649 $1,463 | ☐ Commingled Prod |
| 71 | 0001-0002-EU Corn 80% | Irr/Grain Washtenaw (161) 14-ZU | GENERIC LINE | 1.00 / 1.00 PF 1.020 / 1.00 | 0.05337228 No | 138 BU 138 BU | 110.4 BU $0 | 4.00 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |

Washtenaw (161) Corn Assignment: WILMINGTON TRUST, N.A.

**Total for Washtenaw Corn**     Acres: 1,189.65     Guarantee/Amt. of Cov.: 514,155 DOL     Liability: $514,155     $48,505     $10,671

---

* Price Type Code indicates type of price used for calculation of premium & coverages:
A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement

* Record Types: (A)Harvested Production: sold/commercial storage., (B)Harvested Production: farm stored/measured by insured., (C)Harvested Production: pick/daily sales records., (D)Harvested Production: automated yield monitoring system., (E)Harvested Production: farm stored/measured by authorized representative., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only), (J)Unharvested and put to another use. (ARPI only), (K)Unharvested and production appraised by AIP (ARPI Only)., (L)Unreported production. (ARPI only), (M)Claim for indemnity. For CCIP policies only., (N)Appraisal (non-loss). For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only., (Z)Zero Planted Acres

***Insurability**: (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal
** I certify I have not produced the insured crop in the county for more than two years.

(Form M205)     See Signature Page for Required Statements



**Schedule of Insurance with Production Report - for the 2019 Crop Year**  08/19/2019

Policy Number: 2019-MI-084-1139527    NEW HEIGHTS FARM II, LLC

Page: 7 of 10

Agency: 236132 SPARTAN INSURANCE -MAIN 3 / PETOSKEY, MI

| Line | Unit / Structure Crop Coverage | Practice/Type/Variety County - Map Area Acreage Type | Line Note Legal Description, FSA Farm/Tract/Field | Factors Map / Exp Opt / Unit | Base Rate/ Land Other Cnty? | APH Yield Rate Yield | Guar/Acre Total Guar UOM Guar | Price * Liability | Share % / Others Sharing | Acres Plant Date (Late - Factor) | Premium Base Insured's | 2019 Production & Record Type * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 0001-0001-EP Soybeans 80% | Nfac (Non-Irr)/Commodity Washtenaw (161) 15-ZC | GENERIC LINE  1-3S-3E / 7-3S-4E / 12-3S-3E / 13-3S-3E / 17-3S-4E / 18-3S-4E / 24-3S-3E | 1.00 / 1.00 PF 1.020 / 1.00 | 0.054 No | 40 BU 40 BU | 32.0 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| 72 | 0001-0002-EP Soybeans 80% | Nfac (Irr)/Commodity Washtenaw (161) 15-ZC | GENERIC LINE | 1.00 / 1.00 PF 1.020 / 1.00 | 0.055096 | 39 BU 39 BU | 31.2 BU $0 | 9.54 E 0 | 1.0000 | 0.00 | $0 $0 | ☐ Commingled Prod |
| | Washtenaw (161) Soybeans Assignment: WILMINGTON TRUST, N.A. | | | | | | | | | | | |
| | **Total for Washtenaw Soybeans** | | | | Acres: 0.00 | | Guarantee/Amt. of Cov.: 0 DOL | | Liability: $0 | | $0 | $0 |

*Price Type Code indicates type of price used for calculation of premium & coverages:*
A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement

* Record Types: (A)Harvested Production: sold/commercial storage., (B)Harvested Production: farm stored/measured by insured., (C)Harvested Production: pick/daily sales records., (D)Harvested Production: automated yield monitoring system., (E)Harvested Production: farm stored/measured by authorized representative., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only)., (J)Unharvested and put to another use. (ARPI only)., (K)Unharvested and production appraised by AIP (ARPI Only)., (L)Unreported production. (ARPI only)., (M)Claim for indemnity. For CCIP policies only., (N)Appraisal (non-loss). For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only., (Z)Zero Planted Acres

***Insurability:** (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal
** I certify I have not produced the insured crop in the county for more than two years.

(Form M205)    See Signature Page for Required Statements



**Schedule of Insurance with Production Report - for the 2019 Crop Year**  08/19/2019

Policy Number: 2019-MI-084-1139527    NEW HEIGHTS FARM II, LLC   Page: 8 of 10

Agency: 236132 SPARTAN INSURANCE -MAIN 3 / PETOSKEY, MI

| | | | | | |
|---|---|---|---|---|---|
| ☐ Required Review | **MPCI POLICY TOTALS:** | Base Premium: $71,403 - | #Risk Subsidy: $55,694 = | Insured's Premium: | $15,709 |
| ☐ Required Inspection | Total Acres: 2,093.55 | | ***A&O Subsidy: $13,209 | #Administrative Fees: | $0 |
| | Total Liability: $846,325 | Total Premium: $84,612 = | Total Subsidy: $68,903 + | Insured's Premium & Fees: | $15,709 |

***Note: This amount may increase by 1.15 percent of net book premium (except for group plans of insurance) if the loss ratio in the State exceeds 1.20. However, the amount of premium the producer must pay will not change.

#Note: Beginning Farmer and Rancher benefits apply to county crops on this policy. This includes an exemption from paying the administrative fee for catastrophic and additional coverage policies, an additional 10 percentage points of premium subsidy for additional coverage policies that have premium subsidy, and an increase in the substitute Yield Adjustment.

Remarks:

---

* Price Type Code indicates type of price used for calculation of premium & coverages:
A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement

* Record Types: (A)Harvested Production: sold/commercial storage., (B)Harvested Production: farm stored/measured by insured., (C)Harvested Production: pick/daily sales records., (D)Harvested Production: automated yield monitoring system., (E)Harvested Production: farm stored/measured by authorized representative., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only), (J)Unharvested and put to another use. (ARPI only), (K)Unharvested and production appraised by AIP (ARPI Only)., (L)Unreported production. (ARPI only), (M)Claim for indemnity. For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only., (Z)Zero Planted Acres

***Insurability:** (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal
** I certify I have not produced the insured crop in the county for more than two years.

(Form M205)    See Signature Page for Required Statements



| | | |
|---|---|---|
| **Schedule of Insurance with Production Report - for the 2019 Crop Year** | | 08/19/2019 |
| Policy Number: 2019-MI-084-1139527     NEW HEIGHTS FARM II, LLC | | Page: 9 of 10 |
| Agency: 236132 SPARTAN INSURANCE -MAIN 3 / PETOSKEY, MI | | |

## COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT Agents, Loss Adjusters and Policyholders

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA or by approved insurance providers (AIPs) that have been approved by the Federal Crop Insurance Corporation (FCIC) to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

**Non-Discrimination Policy**
In accordance with Federal law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating on the basis of race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs).

**To File a Program Complaint**
If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at www.ascr.usda.gov/ad-3027-usda-program-discrimination-complaint-form, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or email at program.intake@usda.gov.

**Persons with Disabilities**
Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible State or local Agency that administers the program or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English. Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email.

---

*\* Price Type Code indicates type of price used for calculation of premium & coverages:*
A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement

*\* Record Types:* (A)Harvested Production: sold/commercial storage., (B)Harvested Production: farm stored/measured by insured., (C)Harvested Production: pick/daily sales records., (D)Harvested Production: automated yield monitoring system., (E)Harvested Production: farm stored/measured by authorized representative., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only), (J)Unharvested and put to another use. (ARPI only), (K)Unharvested and production appraised by AIP (ARPI Only)., (L)Unreported production. (ARPI only), (M)Claim for indemnity. For CCIP policies only., (N)Appraisal (non-loss). For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only., (Z)Zero Planted Acres

\*\*\***Insurability:** (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal
\*\* *I certify I have not produced the insured crop in the county for more than two years.*

(Form M205)     See Signature Page for Required Statements     

Case 1:23-cv-00663-HYJ-PJG   ECF No. 1-13, PageID.732   Filed 06/26/23   Page 10 of 10

## CERTIFICATION STATEMENT

## ANTI-REBATING STATEMENT(S)
### Applicant/Insured Statement

"I certify, for the crop year indicated, that I have not directly or indirectly received, accepted, or been paid, offered, promised, or given any benefit, including money, goods, or services for which payment is usually made, rebate, discount, abatement, credit, or reduction of premium, or any other valuable consideration, as an inducement to procure insurance or in exchange for purchasing this insurance policy after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any information on this form may subject me, and any person with a substantial beneficial interest in me, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes."

I understand this form may be reviewed or audited and that information inaccurately reported or failure to retain records to support information on this form may result in a recomputation of the approved APH yield.

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. ß1006 and ß1014; 7 U.S.C. ß1506; 31 U.S.C. ß3729, ß3730 and any other applicable federal statutes).

**Authorized Representative:** NICHOLAS BOERSEN

**POA(s):**

**Limited Authorized Rep:**

NEW HEIGHTS FARM II, LLC

*Insured's Printed Name*       *Signature*       *(Date)*

### Agent Statement

"I certify, for the crop year indicated, that I have neither offered nor promised, directly or indirectly, any benefit, including money, goods, or services for which payment is usually made, rebate, discount, credit, reduction of premium, or any other valuable consideration to this person either as an inducement to procure insurance or in exchange for obtaining insurance after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any violation may subject me, and all agencies/companies I represent, to sanctions, including but not limited, to criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 USC §1515(h)) and all other applicable federal statutes."

*Agent's Printed Name*       *Signature*       *(Date)*       *(Agent's Code)*

*\* Price Type Code indicates type of price used for calculation of premium & coverages:*
*A=Average / B=Base / C=CAT / D=Dollar / E=Established / H=Projected Harvest / M=Market / N=Non-Quota / Q=Quota / P=Pre-Sales / S=Support / T=Contract / W=Written Agreement*

*\* Record Types: (A)Harvested Production: sold/commercial storage., (B)Harvested Production: farm stored/measured by insured., (C)Harvested Production: pick/daily sales records., (D)Harvested Production: automated yield monitoring system., (E)Harvested Production: farm stored/measured by authorized representative., (F)Harvested Production: livestock feeding records., (G)Harvested Production: field harvest records., (H)Harvested Production: other., (I)Unharvested and destroyed.  (ARPI only), (J)Unharvested and put to another use. (ARPI only), (K)Unharvested and production appraised by AIP (ARPI Only), (L)Unreported production. (ARPI only), (M)Claim for indemnity. For CCIP policies only., (O)UUF or third party damage, (P)Unharvested with Harvest incomplete. (ARPI only)., (Q)Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only., (Z)Zero Planted Acres*

*\*\*\* **Insurability:** (A) Insurable, (B) Uninsurable, (C) Uninsured Acre, (D) Acreage where a PP payment was reduced due to planting of second crop, (E) Uninsurable cause of loss appraisal*
*\*\* I certify I have not produced the insured crop in the county for more than two years.*

(Form M205)