UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW HEIGHTS FARM I, LLC, et al.,

       Plaintiffs,                         Case No. 1:23-cv-663

v.                                      Hon. Hala Y. Jarbou

GREAT AMERICAN INSURANCE
COMPANY, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above-captioned case was electronically filed in this court on June 26, 2023 .   The case has been assigned to Hala Y. Jarbou .

      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                       CLERK OF COURT

Dated:  June 27, 2023          By:    /s/ P. Woods
                                                  Deputy Clerk