UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, et al

        Plaintiff(s),                Case No.  1:23-cv-663

v.

                                      Hon. Hala Y. Jarbou

GREAT AMERICAN INSURANCE

        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

NEW HEIGHTS FARM I, LLC
(Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: 6/27/2023

/s/ Ronald J. VanderVeen
(Signature)
Ronald J. VanderVeen (P33067)
Cunningham Dalman, PC
321 Sellers Road
Holland, MI 49422-1767