Case 1:23-cv-00663-HYJ-PJG   ECF No. 6,   PageID.756   Filed 06/27/23   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, et al

        Plaintiff(s),

v.

GREAT AMERICAN INSURANCE

        Defendant(s).

        _____/

Case No. 1:23-cv-663

Hon. Hala Y. Jarbou

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, NEW HEIGHTS FARM II, LLC (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No

2. Does party have any parent corporations?  ☐ Yes  ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  ☐ Yes  ☑ No
   If yes, identify entity and nature of interest:

Date: 6/27/2023

/s/ Ronald J. VanderVeen
(Signature)
Ronald J. VanderVeen (P33067)
Cunningham Dalman, PC
321 Sellers Road
Holland, MI 49422-1767