# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, STACY BOERSEN,
NEW HEIGHTS FARM II, LLC, NICHOLAS BOERSEN

v.

GREAT AMERICAN INSURANCE COMPANY,
FEDERAL CROP INSURANCE CORPORATION, AND
UNITED STATES DEPARTMENT OF AGRICULTURE

Case No. 1:23-cv-663
Hon. Hala Y. Jarbou, Chief Judge

TO: UNITED STATES DEPARTMENT OF AGRICULTURE
ADDRESS: 1400 Independence Avenue, S.W.
Washington, DC 20250

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ronald J. VanderVeen (P33067)
John D. Fitzpatrick (P85554)
Carl Thorwall (P86746)
Cunningham Dalman, PC
321 Sellers Road, Holland, MI 49422-1767

CLERK OF COURT



6/27/2023

By: Deputy Clerk                                                        Date

## PROOF OF SERVICE

This summons for __UNITED STATES DEPARTMENT OF AGRICULTURE__ was received by me on _____.
(name of individual and title, if any)                                           (date)

☐ I personally served the summons on the individual at _____
on _____.                                                          (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                                (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.
☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                                Server's printed name and title

                                                                    Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, STACY BOERSEN,
NEW HEIGHTS FARM II, LLC, NICHOLAS BOERSEN

v.

GREAT AMERICAN INSURANCE COMPANY,
FEDERAL CROP INSURANCE CORPORATION, AND
UNITED STATES DEPARTMENT OF AGRICULTURE

Case No. 1:23-cv-663
Hon. Hala Y. Jarbou, Chief Judge

TO: United States Attorney General
ADDRESS: 1400 Independence Avenue, S.W.
Washington, DC 20250

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Ronald J. VanderVeen (P33067)
John D. Fitzpatrick (P85554)
Carl Thorwall (P86746)
Cunningham Dalman, PC
321 Sellers Road, Holland, MI 49422-1767

CLERK OF COURT



By: Deputy Clerk                                6/27/2023
                                                   Date

## PROOF OF SERVICE

This summons for ____United States Attorney General____ was received by me on _____.
(name of individual and title, if any)                                           (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.
☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                                    _____
                                                        *Server's signature*

Additional information regarding attempted service, etc.:
                                                     _____
                                                     *Server's printed name and title*

                                                     _____
                                                        *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, STACY BOERSEN,
NEW HEIGHTS FARM II, LLC, NICHOLAS BOERSEN

v.

GREAT AMERICAN INSURANCE COMPANY,
FEDERAL CROP INSURANCE CORPORATION, AND
UNITED STATES DEPARTMENT OF AGRICULTURE

Case No. 1:23-cv-663
Hon. Hala Y. Jarbou, Chief Judge

TO: United States Attorney for Western District of Michigan
ADDRESS: 330 Ionia Ave NW #501
Grand Rapids, MI 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
   P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
  Ronald J. VanderVeen (P33067)
  John D. Fitzpatrick (P85554)
  Carl Thorwall (P86746)
  Cunningham Dalman, PC
  321 Sellers Road, Holland, MI 49422-1767

CLERK OF COURT



6/27/2023

By: Deputy Clerk                                           Date

## PROOF OF SERVICE

This summons for __United States Attorney for Western District of Michigan__ was received by me on _____.
                          (name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                           (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                            _____
                                                                  Server's signature

Additional information regarding attempted service, etc.:
                                                            _____
                                                                Server's printed name and title

                                                            _____
                                                                   Server's address