

EXHIBIT 06



GREAT AMERICAN
INSURANCE GROUP

Great American Insurance Group Tower
301 E Fourth Street, 25th
Cincinnati, OH 45202-4201
GreatAmericanCrop.com
GreatAmericanInsuranceGroup.com

3/10/2020

New Heights Farm LLC
6241 Ransom St
Zeeland, MI 49464

Policy Number 1139524-2019
Balance Due: $124,743.00

Dear policyholder:

Great American Insurance (GAI) has agreed to your request for a payment plan for the balance due on your MPCI policy. The following is an outline of the scheduled installments to be made. **Please be advised that these payments are aproximate; your account will continue to accrue interest until the balance has been paid in full. ** If the payment is not received or postmarked on or before the scheduled due date, this agreement will be considered in default and the entire balance will be due immediately. At that time, your name will be added to the Ineligible Tracking System with an ineligiblity date of 03/15/20. If Great American Insurance processes any indemnity claim while any debt referred to in this agreement is still outstanding, the indemnity will not be paid to you, but will be applied as payment toward the next scheduled installment(s) against this debt.
Please sign the form below and return it by 03/15/20.

| Due Date: | | Current Balance: | $124,743.00 |
|---|---|---|---|
| 3/15/2020 | $35,000.00 | Balance: | $89,743.00 |
| 5/1/2020 | $13,475.00 | Balance: | $77,389.00 |
| 6/1/2020 | $13,475.00 | Balance: | $64,881.00 |
| 7/1/2020 | $13,475.00 | Balance: | $52,217.00 |
| 8/1/2020 | $13,475.00 | Balance: | $39,394.00 |
| 9/1/2020 | $13,475.00 | Balance: | $26,411.00 |
| 10/1/2020 | $13,475.00 | Balance: | $13,266.00 (plus interest) |
| 11/1/2020 | $13,431.00 | Balance | $0.00 |

I accept the terms of this repayment agreement. The monthly payment must be received or postmarked on or before the scheduled due date. Payment may be paid online at greatamericancrop.com or by phone 800-341-5546

Signature: _____ Date: _____

Signature: _____ Date: 3/10/2020

Rebecca Combs
Great American Insurance
Agency Collection Representative III
513-763-8424
513-246-0612 fax
rcombs@gaig.com

Payment Information for
Insured: **New Heights Farm** 6241 Ransom St
Policy Number: **1139524-2019** Zeeland, MI 49464
Type: **MPCI**

Send payments to:
Great American Insurance Company
Crop Division
3923 Solutions Center
Chicago, IL 60677

|   | |
|---|---|
| Premium | $116,047.00 |
| - Payment/Loss Credit | 0.00 |
| + Interest | 8,696.00 |
| Amount due | $124,743.00 |

|   | | Beginning Balance | Payment | Applied to Principal | Applied to Interest | Ending Balance | | Additional Interest |
|---|---|---|---|---|---|---|---|---|
| Payment 1 | 3/15/2020 | $124,743.00 | $35,000.00 | $26,304.00 | $8,696.00 | $89,743.00 | + | $1,121.00 |
| Payment 2 | 5/1/2020 | $90,864.00 | $13,475.00 | $12,354.00 | $1,121.00 | $77,389.00 | + | $967.00 |
| Payment 3 | 6/1/2020 | $78,356.00 | $13,475.00 | $12,508.00 | $967.00 | $64,881.00 | + | $811.00 |
| Payment 4 | 7/1/2020 | $65,692.00 | $13,475.00 | $12,664.00 | $811.00 | $52,217.00 | + | $652.00 |
| Payment 5 | 8/1/2020 | $52,869.00 | $13,475.00 | $12,823.00 | $652.00 | $39,394.00 | + | $492.00 |
| Payment 6 | 9/1/2020 | $39,886.00 | $13,475.00 | $12,983.00 | $492.00 | $26,411.00 | + | $330.00 |
| Payment 7 | 10/1/2020 | $26,741.00 | $13,475.00 | $13,145.00 | $330.00 | $13,266.00 | + | $165.00 |
| Payment 8 | 11/1/2020 | $13,431.00 | $13,431.00 | $13,266.00 | $165.00 | $0.00 | | |

Please enclose remittance form with each payment

---

**PLEASE CALL 1-888-410-0468 FOR PAYOFF AMOUNT**

**Payment 8 of 8**           $13,431.00

**Payment Agreement**

Due Date: 11/1/2020
Insured: New Heights Farm LLC
Policy Number: 1139524-2019

---

**Payment 7 of 8**           $13,475.00

**Payment Agreement**

Due Date: 10/1/2020
Insured: New Heights Farm LLC
Policy Number: 1139524-2019

---

**Payment 6 of 8**           $13,475.00

**Payment Agreement**

Due Date: 9/1/2020
Insured: New Heights Farm LLC
Policy Number: 1139524-2019

---

**Payment 5 of 8**           $13,475.00

**Payment Agreement**

Due Date: 8/1/2020
Insured: New Heights Farm LLC
Policy Number: 1139524-2019