507-4-NOL

# MPCI NOTICE OF PP OR DAMAGE OR LOSS

**GREAT AMERICAN INSURANCE COMPANY** — Crop Insurance Division

| | |
|---|---|
| **AGENCY NAME & ADDRESS**  102212<br>SPARTAN INSURANCE-MAIN 2<br>806 BOTSFORD RD<br>PETOSKEY, MI  49770<br><br>Phone: (855) 347-1066   Fax: (231) 347-1067 | **PROFIT CENTER NAME & ADDRESS**  22<br>Peoria<br>1315 W. Commerce Drive<br>Peoria, IL  61615-1462<br><br>Phone: (800) 345-1065   Fax: (309) 689-1055 |

**CROP YEAR** 2019

| | |
|---|---|
| **INSURED NAME & ADDRESS**<br>NEW HEIGHTS FARM II, LLC<br>6241 RANSOM ST<br>ZEELAND, MI  49464<br><br>**Best time to contact insured:** Contact Stacy at 616-836-0273 | **POLICY NO.** 2019-MI-084-1139527<br>**CLAIM NO.** 2019-1139527-01<br>**HOME/OFFICE PHONE** (616) 875-7880<br>**MOBILE PHONE** (616) 610-2886<br>**EMAIL** |

| **ADJUSTER NAME & PHONE**<br>JAMES BRINKMAN<br>Phone: (989) 928-4712 | **SUPERVISOR NAME & PHONE**<br>JAMES BRINKMAN<br>Phone: (989) 928-4712 |
|---|---|

**THIS IS A NOTICE OF:**
- [x] PREVENTED PLANTING
- [ ] REPLANT (if replant on any unit is greater than 50 acres)
- [ ] REPLANT (SELF CERT. <50 ACRES)
- [ ] PROBABLE LOSS
- [ ] DAMAGE ONLY (appears production will exceed guarantee at this time)
- [ ] IMMEDIATE INSPECTION REQUESTED - Reason:

**POLICYHOLDER INTENTION:**
- [ ] REPLANT
- [ ] TO HARVEST
- [ ] TO CHOP/SILAGE
- [x] LEAVE FOR COVER
- [ ] PLANT TO ANOTHER CROP
- [ ] UNKNOWN AT THIS TIME
- [ ] PASTURE
- [ ] HAY
- [ ] DIRECT MKT. CROP
- [ ] DESTROY
- [ ] OTHER (explain in Remarks)

| COUNTY | CROP | UNIT | ACRES | LEGAL DESCRIPTION / FSN | EST./AC. PROD. | CAUSE OF LOSS | DATE OF DAMAGE | DATE OF NOTICE | DATE OF HARVEST |
|---|---|---|---|---|---|---|---|---|---|
| Eaton | Corn (41) | 00010001 | 0.00 | 13-002N-004W / 14-002N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010001 | 0.00 | 13-002N-004W / 14-002N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010002 | 0.00 | 33-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010002 | 0.00 | 07-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010002 | 0.00 | 30-003N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010003 | 0.00 | 23-002N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010003 | 0.00 | 22-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010004 | 0.00 | 23-002N-004W / 24-002N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010004 | 0.00 | 09-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010005 | 0.00 | 18-003N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Corn (41) | 00010005 | 0.00 | 11-001N-002W / 14-001N-001W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010005 | 0.00 | 18-003N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010005 | 0.00 | 05-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Corn (41) | 00010006 | 0.00 | 14-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010006 | 0.00 | 23-002N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010006 | 0.00 | 07-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010007 | 0.00 | 24-002N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010007 | 0.00 | 09-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Corn (41) | 00010008 | 0.00 | 05-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010008 | 0.00 | 33-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010008 | 0.00 | 21-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010009 | 0.00 | 07-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Corn (41) | 00010009 | 0.00 | 07-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010009 | 0.00 | 26-001N-002W / 27-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010010 | 0.00 | 09-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |

F.18417 Rev. (6/11)

NH52-Claim-001365   greatamerican001365

507-4-NOL

## MPCI NOTICE OF PP OR DAMAGE OR LOSS

**INSURED NAME & ADDRESS**
NEW HEIGHTS FARM II, LLC
6241 RANSOM ST
ZEELAND, MI  49464

POLICY NO.  2019-MI-084-1139527
CLAIM NO.  2019-1139527-01
HOME/OFFICE PHONE  (616) 875-7880
MOBILE PHONE  (616) 610-2886

**Best time to contact insured:** Contact Stacy at 616-836-0273

**GREAT AMERICAN INSURANCE COMPANY**
Crop Insurance Division

**CROP YEAR** 2019

| County | Crop | Unit | Acres | Legal | | Cause | Date of Damage | Date of Notice |
|---|---|---|---|---|---|---|---|---|
| Ingham | Corn (41) | 00010010 | 0.00 | 09-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Corn (41) | 00010011 | 0.00 | 24-003N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010011 | 0.00 | 21-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Soybeans (81) | 00010011 | 0.00 | 24-003N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010011 | 0.00 | 11-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010012 | 0.00 | 26-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010012 | 0.00 | 14-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010013 | 0.00 | 27-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010013 | 0.00 | 01-001N-002W / 06-001N-001W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Corn (41) | 00010014 | 0.00 | 22-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010014 | 0.00 | 01-001N-002W / 06-001N-001W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010015 | 0.00 | 29-002N-002W / 30-002N-002W / 31-002N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Soybeans (81) | 00010015 | 0.00 | 21-002N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010015 | 0.00 | 15-001N-002W / 32-002N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Corn (41) | 00010016 | 0.00 | 21-002N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010016 | 0.00 | 15-001N-002W / 28-001N-002W / 32-002N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010016 | 0.00 | 29-002N-002W / 30-002N-002W / 31-002N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010017 | 0.00 | 28-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |

**\*\* Unit has more legals. Please refer to APH or SOI forms for all legals.**

**NOTE:** Refer to Basic Provisions (BP) and the specific Crop Provisions (CP) for more details on notice requirements for acreage prevented from planting, and notice requirements for damage or loss requirements.

- If you have less than 100% share, is the other share insured under a Federal Crop insurance program?   ☐ YES   ☐ NO   ☑ N/A
  If "Yes" please list the person's name and insurance company (AIP) for which they carry Federal Crop insurance and the policy number if known.   _____ Shareholder's Name   _____ Insurance Company   _____ Policy #
- I (the insured) am an agent, employee, or contractor affiliated with Federal Crop insurance and the policy number if known?   ☐ YES   ☑ NO

**REMARKS / COMMENTS**
NOL generated by CSHELLENBARGER and received by Great American on 6/27/2019 at 13:22:46
They are still planting but will have some acres that will not get planted.

**COMPANION POLICIES**

_____ Insured's Signature   _____ Date Signed   _____ Date of Notice

F.18417 Rev. (6/11)

NH52ClaimFile001362
greatamerican001362