# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Michigan | County of Western District | Usdc Court |

Case Number: 1:23-CV-663

Plaintiff:
New Heights Farms, LLC a Michigan limited liability Company, Stacy Boersen, New Heights Farm II, LLC a Michigan limited liability Company and Nicholas Boersen

vs.

Defendant:
Great American Insurance Company, Federal Crop Insurance Corporation and United States Department of Agriculture

For:
Fortz Legal
25 Division S., Suite 325
Grand Rapids, MI 49503

Received by Fortz Legal on the 17th day of July, 2023 at 10:52 pm to be served on **Great American Insurance Company c/o United Agent Group Inc., 28175 Haggerty Rd, Novi, MI 48377**.

I, Janet Darragh, being duly sworn, depose and say that on the **19th day of July, 2023 at 12:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, First Amended Complaint, Disclosure of Corporate Affiliations and Jury Demand** with the date and hour of service endorsed thereon by me, to: **Jennifer Flaker c/o United Agent Group Inc.** as **Center Manager** for **Great American Insurance Company**, at the address of: **28175 Haggerty Rd, Novi, MI 48377**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 44, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 200, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action. I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my, Knowledge and belief.

Subscribed and Sworn to before me on the 21st day of July, 2023 by the affiant who is personally known to me.

_____
Rick Ramirez
NOTARY PUBLIC, State of MI
County of Oakland
My Commission, Expires 7-23-28
Acting in County of Oakland

_____
Janet Darragh
Process Server

Fortz Legal
25 Division S., Suite 325
Grand Rapids, MI 49503
(844) 730-4066

Our Job Serial Number: LZR-2023000453

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1p