UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW HEIGHTS FARM I, LLC, et al.,

    Plaintiffs,

v.

GREAT AMERICAN INSURANCE
COMPANY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-663

Hon. Hala Y. Jarbou

## ORDER TO SHOW CAUSE

The court records reveal that Plaintiffs served a summons and complaint on Defendant Federal Crop Insurance Corporation on June 30, 2023 (ECF No. 13) and this Defendant has failed to file a response within the time commanded by Rule 12(a) of the Federal Rules of Civil Procedure. The court records further indicate that Plaintiffs have failed to move for an entry of default against this Defendant.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall, not later than **August 10, 2023**, move for an entry of default against Defendant Federal Crop Insurance Corporation or show cause in writing why the Court should not dismiss the case for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.

Dated: July 27, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE