UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW HEIGHTS FARM I, LLC, et al.,

    Plaintiffs,

v.

    Case No. 1:23-cv-663

    Hon. Hala Y. Jarbou

GREAT AMERICAN INSURANCE COMPANY, et al.,

    Defendants.

_____/

## ORDER

The Court is in receipt of Plaintiff's Response to Order to Show Cause (ECF No. 19), wherein Plaintiff indicates Federal Crop Insurance Corporation is an agency of the United States (ECF No. 19, PageID.1528).

Accordingly,

**IT IS ORDERED** that the deadline for Defendant Federal Crop Insurance Corporation to answer is **August 29, 2023**, pursuant to Fed. R. Civ. P.12(a)(2).

**IT IS FURTHER ORDERED** that the Court's order to show cause (ECF No. 18) is **DISMISSED**.

Dated: August 3, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE