UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, et al.,    Case No. 1:23-cv-663

    Plaintiffs,

                                                                 Honorable Hala Y. Jarbour

v                                                           Magistrate Judge Phillip J. Green

GREAT AMERICAN
INSURANCE COMPANY, et al.,

    Defendants.

**STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT**

**NOW COME** the Parties in the above-entitled cause, and stipulate and agree that the Plaintiffs may file a Second Amended Complaint on or before August 11, 2023 to correct exhibits.

| | |
|---|---|
| */s/ Ronald J. VanderVeen* | */s/ Thomas C. James, Jr.,* |
| Ronald J. Vander Veen (P33067) | Thomas C. James, Jr., Esq (OH#0073531) |
| Cunningham Dalman, P.C. | Sanders & Associates, LPA |
| Attorneys for Plaintiffs | Attorneys for Great American |
| 321 Settlers Road | 8040 Hosbrook Road, Suite 202 |
| Holland, MI 49422 | Cincinnati, OH 45236 |
| rjvv@cunninghamdalman.com | tomjames@sandersLPA.com |
| (616) 392-1821 | (513) 229-8080 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, et al.,                    Case No. 1:23-cv-663

    Plaintiffs,

                                                  Honorable Hala Y. Jarbour
v                                                   Magistrate Judge Phillip J. Green

GREAT AMERICAN
INSURANCE COMPANY, et al.,

    Defendants.

---

**STIPULATED ORDER ALLOWING PLAINTIFFS TO AMEND COMPLAINT**

---

    IT IS SO ORDERED that the Plaintiffs be allowed file a Second Amended Complaint on or before August 11, 2023.

Date:_____        _____
                                                        Hon. Hala Y. Jarbou
                                                        U.S. District Court Judge


The parties through their respective counsel, stipulate to entry of the above order.

*/s/ Ronald J. VanderVeen*                           Dated: August 9, 2023
Ronald J. VanderVeen (P33067)
Attorneys for Plaintiffs

*/s/ Thomas C. James, Jr.(with consent)*         Dated: August 9, 2023
Thomas C. James, Jr., Esq. (OH#0073531)
Attorneys for Defendant Great American