UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW HEIGHTS FARM I, LLC, et al.,

        Plaintiffs,                          Case No. 1:23–cv–00663–HYJ–PJG

v.                                          Hon. Hala Y. Jarbou

GREAT AMERICAN INSURANCE
COMPANY, et al.,

        Defendants.
_____/

## ORDER

      The Court having reviewed the Parties' Stipulation and Proposed Order to Allow Plaintiffs to Amend Complaint (ECF No. 21), **IT IS ORDERED** that the Parties' Stipulation and Proposed Order (ECF No. 21) is **DENIED**. Parties are directed to follow LCivR 5.7 (f) – Proposed pleadings under Filing and service by electronic means.

      IT IS SO ORDERED.

Dated:  August 9, 2023                                 /s/ Hala Y. Jarbou
                                                         HALA Y. JARBOU
                                                         Chief United States District Judge