UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW HEIGHTS FARM I, LLC, et al.,

      Plaintiffs,                           Case No. 1:23-cv-00663-HYJ-PJG

v.                                     Hon. Hala Y. Jarbou

GREAT AMERICAN INSURANCE
COMPANY, et al.,

      Defendants.
_____/

## ORDER

The Court having reviewed Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 23), **IT IS ORDERED** that Plaintiff's motion (ECF No. 23) is **GRANTED**. The Clerk of Court is directed to accept the Amended Complaint (ECF No. 23-1) for filing.

IT IS SO ORDERED.

Dated: August 10, 2023                        /s/ Hala Y. Jarbou
                                                              HALA Y. JARBOU
                                                              Chief United States District Judge