**EXHIBIT 14**

507-4-NOL

## MPCI NOTICE OF PP OR DAMAGE OR LOSS

GREAT AMERICAN INSURANCE COMPANY
Crop Insurance Division

| AGENCY NAME & ADDRESS | 102212 |
|---|---|
| SPARTAN INSURANCE-MAIN 2 | |
| 806 BOTSFORD RD | |
| PETOSKEY, MI  49770 | |
| Phone: (855) 347-1066    Fax: (231) 347-1067 | |

| PROFIT CENTER NAME & ADDRESS | 22 |
|---|---|
| Peoria | |
| 1315 W. Commerce Drive | |
| Peoria, IL  61615-1462 | |
| Phone: (800) 345-1065    Fax: (309) 689-1055 | |

**CROP YEAR** 2019

**INSURED NAME & ADDRESS**
NEW HEIGHTS FARM II, LLC
6241 RANSOM ST
ZEELAND, MI  49464

| | |
|---|---|
| POLICY NO. | 2019-MI-084-1139527 |
| CLAIM NO. | 2019-1139527-01 |
| HOME/OFFICE PHONE | (616) 875-7880 |
| MOBILE PHONE | (616) 610-2886 |
| EMAIL | |

**Best time to contact insured:** Contact Stacy at 616-836-0273

**ADJUSTER NAME & PHONE**
JAMES BRINKMAN
Phone: (989) 928-4712

**SUPERVISOR NAME & PHONE**
JAMES BRINKMAN
Phone: (989) 928-4712

THIS IS A NOTICE OF:
- [✓] PREVENTED PLANTING
- [ ] REPLANT (if replant on any unit is greater than 50 acres)
- [ ] REPLANT (SELF CERT.<50 ACRES)
- [ ] PROBABLE LOSS
- [ ] DAMAGE ONLY (appears production will exceed guarantee at this time)
- [ ] IMMEDIATE INSPECTION REQUESTED - Reason:

POLICYHOLDER  INTENTION:
- [ ] REPLANT
- [ ] TO HARVEST
- [ ] TO CHOP/SILAGE
- [✓] LEAVE FOR COVER
- [ ] PLANT TO ANOTHER CROP
- [ ] UNKNOWN AT THIS TIME
- [ ] PASTURE
- [ ] HAY
- [ ] DIRECT MKT.CROP
- [ ] DESTROY
- [ ] OTHER  (explain in Remarks)

| COUNTY | CROP | UNIT | ACRES | LEGAL DESCRIPTION / FSN | EST./ AC. PROD. | CAUSE OF LOSS | DATE OF DAMAGE | DATE OF NOTICE | DATE OF HARVEST |
|---|---|---|---|---|---|---|---|---|---|
| Eaton | Corn (41) | 00010001 | 0.00 | 13-002N-004W / 14-002N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010001 | 0.00 | 13-002N-004W / 14-002N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010002 | 0.00 | 33-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010002 | 0.00 | 07-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010002 | 0.00 | 30-003N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010003 | 0.00 | 23-002N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010003 | 0.00 | 22-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010004 | 0.00 | 23-002N-004W / 24-002N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010004 | 0.00 | 09-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010005 | 0.00 | 18-003N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Corn (41) | 00010005 | 0.00 | 11-001N-002W / 14-001N-001W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010005 | 0.00 | 18-003N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010005 | 0.00 | 05-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Corn (41) | 00010006 | 0.00 | 14-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010006 | 0.00 | 23-002N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010006 | 0.00 | 07-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010007 | 0.00 | 24-002N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010007 | 0.00 | 09-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Corn (41) | 00010008 | 0.00 | 05-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Soybeans (81) | 00010008 | 0.00 | 33-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010008 | 0.00 | 21-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010009 | 0.00 | 07-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Corn (41) | 00010009 | 0.00 | 07-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Ingham | Soybeans (81) | 00010009 | 0.00 | 26-001N-002W / 27-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |
| Eaton | Corn (41) | 00010010 | 0.00 | 09-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 | |

F.18417 Rev. (6/11)

NH52-Claims-001365          great american 001365

507-4-NOL

# MPCI NOTICE OF PP OR DAMAGE OR LOSS

**GREAT**AMERICAN®
INSURANCE COMPANY
Crop Insurance Division

**INSURED NAME & ADDRESS**
NEW HEIGHTS FARM II, LLC
6241 RANSOM ST
ZEELAND, MI  49464

| | |
|---|---|
| **POLICY NO.** | 2019-MI-084-1139527 |
| **CLAIM NO.** | 2019-1139527-01 |
| **HOME/OFFICE PHONE** | (616) 875-7880 |
| **MOBILE PHONE** | (616) 610-2886 |

**CROP YEAR** 2019

**Best time to contact insured:** Contact Stacy at 616-836-0273

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ingham | Corn (41) | 00010010 | 0.00 | 09-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Corn (41) | 00010011 | 0.00 | 24-003N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010011 | 0.00 | 21-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Soybeans (81) | 00010011 | 0.00 | 24-003N-004W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010011 | 0.00 | 11-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010012 | 0.00 | 26-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010012 | 0.00 | 14-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010013 | 0.00 | 27-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010013 | 0.00 | 01-001N-002W / 06-001N-001W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Corn (41) | 00010014 | 0.00 | 22-001N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010014 | 0.00 | 01-001N-002W / 06-001N-001W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010015 | 0.00 | 29-002N-002W / 30-002N-002W / 31-002N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Soybeans (81) | 00010015 | 0.00 | 21-002N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010015 | 0.00 | 15-001N-002W / 32-002N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Eaton | Corn (41) | 00010016 | 0.00 | 21-002N-003W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Corn (41) | 00010016 | 0.00 | 15-001N-002W / 28-001N-002W / 32-002N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010016 | 0.00 | 29-002N-002W / 30-002N-002W / 31-002N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |
| Ingham | Soybeans (81) | 00010017 | 0.00 | 28-001N-002W | | Excess Moisture/Precip | 6/27/2019 | 6/27/2019 |

** **Unit has more legals. Please refer to APH or SOI forms for all legals.**

**NOTE: Refer to Basic Provisions (BP) and the specific Crop Provisions (CP)  for more details on notice requirements for acreage prevented from planting, and notice requirements for damage or loss requirements.**

- ● **If you have less than 100% share, is the other share insured under a Federal Crop insurance program?**   ☐ YES   ☐ NO   ☑ N/A

  **If "Yes" please list the person's name and insurance company (AIP) for which they carry Federal Crop insurance and the policy number if known.**

  Shareholder's Name _____    Insurance Company _____    Policy # _____

- ● **I (the insured) am an agent, employee, or contractor affiliated with Federal Crop insurance and the policy number if known?**   ☐ YES   ☑ NO

| **REMARKS / COMMENTS** | **COMPANION POLICIES** |
|---|---|
| NOL generated by CSHELLENBARGER and received by Great American on 6/27/2019 at 13:22:46<br>They are still planting but will have some acres that will not get planted. | |

_____   _____   _____
Insured's Signature          Date Signed      Date of Notice

F.18417 Rev. (6/11)



NH52-Claimerican001962