



3/10/2020

Great American Insurance Group
301 E Fourth Street, 26N
Cincinnati, OH 45202-4201
rcombs@gaig.com
GreatAmericanInsuranceGroup.com

New Heights Farm LLC II
6241 Ransom St
Zeeland, MI 49464

Policy Number: 1139526/1139527-2019
Balance Due: $97,913.00

Dear policyholder:

Great American Insurance (GAI) has agreed to your request for a payment plan for the balance due on your MPCI policy. The following is an outline of the scheduled installments to be made. **Please be advised that these payments are aproximate; your account will continue to accrue interest until the balance has been paid in full. ** If the payment is not received or postmarked on or before the scheduled due date, this agreement will be considered in default and the entire balance will be due immediately. At that time, your name will be added to the Ineligible Tracking System with an ineligiblity date of 03/15/20. If Great American Insurance processes any indemnity claim while any debt referred to in this agreement is still outstanding, the indemnity will not be paid to you, but will be applied as payment toward the next scheduled installment(s) against this debt.

Please sign the form below and return it by 03/15/20.

| Due Date: | | Current Balance: | $97,913.00 |
|---|---|---|---|
| 3/15/2020 | $35,000.00 | Balance: | $62,913.00 |
| 5/1/2020 | $9,442.00 | Balance: | $54,257.00 |
| 6/1/2020 | $9,442.00 | Balance: | $45,493.00 |
| 7/1/2020 | $9,442.00 | Balance: | $36,619.00 |
| 8/1/2020 | $9,442.00 | Balance: | $27,634.00 |
| 9/1/2020 | $9,442.00 | Balance: | $18,537.00 |
| 10/1/2020 | $9,442.00 | Balance: | $9,326.00 (plus interest) |
| 11/1/2020 | $9,442.00 | Balance | $0.00 |

I accept the terms of this repayment agreement. The monthly payment must be received or postmarked on or before the scheduled due date. Payment may be paid online at greatamericancrop.com or by phone 800-341-5546

Signature: _____ Date: _____

Signature: _____ Date: 3/10/2020

Rebecca Combs
Great American Insurance
Agency Collection Representative III
513-763-8424
513-246-0612 fax
rcombs@gaig.com

Payment Information for
Insured: **New Heights Farm** 6241 Ransom St
Policy Number: **1139526/113952** Zeeland, MI 49464
Type: **MPCI**

Send payments to:
Great American Insurance Company
Crop Division
3923 Solutions Center
Chicago, IL 60677

| | |
|---|---:|
| Premium | $91,089.00 |
| - Payment/Loss Credit | 0.00 |
| + Interest | 6,824.00 |
| Amount due | $97,913.00 |

| | | Beginning Balance | Payment | Applied to Principal | Applied to Interest | Ending Balance | | Additional Interest |
|---|---|---:|---:|---:|---:|---:|---|---:|
| Payment 1 | 3/15/2020 | $97,913.00 | $35,000.00 | $28,176.00 | $6,824.00 | $62,913.00 | + | $786.00 |
| Payment 2 | 5/1/2020 | $63,699.00 | $9,442.00 | $8,656.00 | $786.00 | $54,257.00 | + | $678.00 |
| Payment 3 | 6/1/2020 | $54,935.00 | $9,442.00 | $8,764.00 | $678.00 | $45,493.00 | + | $568.00 |
| Payment 4 | 7/1/2020 | $46,061.00 | $9,442.00 | $8,874.00 | $568.00 | $36,619.00 | + | $457.00 |
| Payment 5 | 8/1/2020 | $37,076.00 | $9,442.00 | $8,985.00 | $457.00 | $27,634.00 | + | $345.00 |
| Payment 6 | 9/1/2020 | $27,979.00 | $9,442.00 | $9,097.00 | $345.00 | $18,537.00 | + | $231.00 |
| Payment 7 | 10/1/2020 | $18,768.00 | $9,442.00 | $9,211.00 | $231.00 | $9,326.00 | + | $116.00 |
| Payment 8 | 11/1/2020 | $9,442.00 | $9,442.00 | $9,326.00 | $116.00 | $0.00 | | |

Please enclose remittance form with each payment

PLEASE CALL 1-888-410-0468 FOR PAYOFF AMOUNT

**Payment 8 of 8**         $9,442.00

**Payment Agreement**

Due Date: 11/1/2020
Insured: New Heights Farm LLC II
Policy Number: 1139526/1139527-2019

**Payment 7 of 8**         $9,442.00

**Payment Agreement**

Due Date: 10/1/2020
Insured: New Heights Farm LLC II
Policy Number: 1139526/1139527-2019

**Payment 6 of 8**         $9,442.00

**Payment Agreement**

Due Date: 9/1/2020
Insured: New Heights Farm LLC II
Policy Number: 1139526/1139527-2019

**Payment 5 of 8**         $9,442.00

**Payment Agreement**

Due Date: 8/1/2020
Insured: New Heights Farm LLC II
Policy Number: 1139526/1139527-2019

**EXHIBIT 18**



**GREAT AMERICAN INSURANCE GROUP**

1315 W Commerce Drive
Peoria IL 61615-1462

GreatAmericanInsurance.com

Crop Insurance Division
800.345.1065 toll-free
309.689.1055 fax
309.689.1065 ph

August 21, 2020

Mr. Nick Boersen
New Heights Farm II, LLC
6241 Ransom Street
Zeeland, MI 49464

    Re:    Notification of USDA Investigation
           RMA Case Number: SIS-2020-00024
           Policy: New Heights Farm II Policy Nos. 2019-MI-084-1139526, 1139527

Dear Mr. Boersen:

Your policy provisions and binding USDA Risk Management Agency (RMA) policy interpretations prohibit Great American Insurance Company from paying or otherwise determining your 2019 crop year claims at this time. We are also deferring further adjustment of your loss claim until RMA and the USDA Office of Inspector General (OIG) completes ongoing investigations. Our explanation for those actions follows below.

RMA formally notified Great American that RMA's Special Investigations Staff (SIS) has opened an investigation of suspected fraud in regard to your policy and claims, and also that OIG has opened its own investigation of suspected wrongdoing in relation to the same.

Our notice to you concerning these circumstances was delayed at the behest of RMA and other federal agency investigators, who had until now indicated that we should withhold this notice. We are mindful of the inconvenience which that unavoidably caused.

As you know, Great American has been investigating and adjusting your crop year 2019 claims, and we appreciate the cooperation you provided as that process unfolded. We have not made any determinations as of this date in relation to any of your claims because we have been unable to accurately determine whether there is, or the correct amount of, any loss. And in light of the pending RMA and OIG investigation processes and the fact that their findings are likely to affect our loss determination, Great American remains unable to do so at this time. In such circumstances, the policy terms and other applicable authorities instruct us to defer further adjustment and to otherwise withhold any payment which might be due while any USDA investigation is ongoing.