IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **NEW HEIGHTS FARM I, LLC, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **GREAT AMERICAN INSURANCE COMPANY, et al.,** <br><br> **Defendants.** | Case No. 1:23-CV-663 <br><br> **Honorable Hala Y. Jarbou** <br> **Magistrate Judge Phillip J. Green** <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S
MOTION TO DISMISS**

**ORAL ARGUMENT REQUESTED**

Defendant Great American Insurance Company hereby moves to dismiss all claims brought against it under Federal Rules of Civil Procedure 12(b)(1) due to the claims herein not being ripe and Rule 12(b)(6) due to Plaintiffs' failure to state a claim upon which relief can be granted, and for the other reasons set forth in the brief filed in support of this motion.

Respectfully submitted,

*s/ Thomas C. James, Jr.*
Thomas C. James, Jr., Esq.
(Ohio Bar # 73531)
**SANDERS & ASSOCIATES, LPA**
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236
Phone:  (513) 229-8080
Fax: (513) 229-8081
TomJames@SandersLPA.com

**Attorney for Defendant Great American**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he served a copy of the foregoing through the Court's Electronic Case Filing System (CM/ECF), upon Plaintiffs' attorneys, Ronald J. VanderVeen, John D. Fitzpatrick, and Cal Thorwall, Cunningham Dalman, PC, 321 Sellers Road, Holland, MI 49422-1767, this <u>24th</u> day of <u>August</u> 2023.

                                          *s/ Thomas C. James, Jr.*
                                          Thomas C. James, Jr.