### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **NEW HEIGHTS FARM I, LLC, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GREAT AMERICAN**<br>**INSURANCE COMPANY, et al.,**<br><br>**Defendants.** | Case No. 1:23-CV-663<br><br>**Honorable Hala Y. Jarbou**<br>**Magistrate Judge Phillip J. Green** |

### DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S
### CERTIFICATE OF COMPLIANCE WITH WORD LIMITATION

1. Great American Insurance Company's Brief in Support of Motion to Dismiss complies with the word number limitation contained in W.D. Mich. LCivR 7.2(b)(i) because the number of words in that document, excluding the parts of the document exempted by W.D. Mich. LCivR 7.2(b)(i) is 8,718, which is less than the 10,800 maximum word count permitted in W.D. Mich. LCivR 7.2(b)(i).

2. The word count contained herein was generated using Microsoft Word for Microsoft 365 MSO (Version 2308 Build 16.0.16731.20052) 64-bit.

        Respectfully submitted,

        *s/ Thomas C. James, Jr.*
        Thomas C. James, Jr., Esq.
        (Ohio Bar # 73531)
        **SANDERS & ASSOCIATES, LPA**
        8040 Hosbrook Road, Suite 202
        Cincinnati, OH 45236
        Phone:  (513) 229-8080
        Fax: (513) 229-8081
        TomJames@SandersLPA.com

        **Attorney for Defendant Great American**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he served a copy of the foregoing through the Court's Electronic Case Filing System (CM/ECF), upon Plaintiffs' attorneys, Ronald J. VanderVeen, John D. Fitzpatrick, and Cal Thorwall, Cunningham Dalman, PC, 321 Sellers Road, Holland, MI 49422-1767, this <u>24th</u> day of <u>August</u> 2023.

                                                    *s/ Thomas C. James, Jr.*
                                                    Thomas C. James, Jr.