UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, et al

        Plaintiff(s),

v.

GREAT AMERICAN INS. CO., et al.

        Defendant(s).
_____/

Case No. 1:23-cv-663

Hon. Hala Y. Jarbou

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **Great American Insurance Company** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ✔ Yes ☐ No

2. Does party have any parent corporations? ✔ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Great American Ins. Co. is a wholly-owned subsidiary of American Financial Group, Inc. American Financial Group, Inc. is a publicly traded company listed on the New York Stock Exchange under the ticker symbol AFG.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ✔ Yes ☐ No
   If yes, identify all such owners:

   Great American Ins. Co. is a wholly-owned subsidiary of American Financial Group, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ✔ No
   If yes, identify entity and nature of interest:

Date: 8/24/2023

s/Thomas C. James, Jr.
(Signature)
Thomas C. James, Jr., Esq. (Ohio Bar # 73531)
SANDERS & ASSOCIATES, LPA
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236
Phone: (513) 229-8080 / Fax: (513) 229-8081
TomJames@SandersLPA.com