UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; and NICHOLAS BOERSEN, <br><br>    Plaintiffs, <br><br>v. <br><br>GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; and UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br>    Defendants. <br>_____/ | Case No. 1:23-cv-663 <br><br>Hon. Hala Y. Jarbou <br>Chief U.S. District Court Judge <br><br>Hon. Phillip J. Green <br>U.S. Magistrate Judge |

**DEFENDANTS U.S. DEPARTMENT OF AGRICULTURE AND
FEDERAL CROP INSURANCE CORPORATION'S MOTION TO DISMISS**

Defendants U.S. Department of Agriculture and Federal Crop Insurance Corporation (collectively, the Federal Defendants) move the Court to dismiss Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction, or pursuant to Rule 12(b)(6) because Plaintiffs fail to state any claim upon which relief can be granted. Alternatively, the Federal Defendants move the Court for summary judgment pursuant to Rule 56(c). This motion is supported by the accompanying memorandum.

In accordance with Local Civil Rule 7.1(d), undersigned counsel contacted counsel for Plaintiffs to explain the nature of the motion on August 25, 2023. Plaintiffs' counsel advised that they intend to oppose this motion.

2

WHEREFORE, for the reasons stated in the accompanying memorandum, the Court should dismiss Plaintiffs' claims under Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), or 56(a).

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: August 28, 2023

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY (P85670)
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov