UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

NEW HEIGHTS FARM I, LLC, a Michigan
Limited liability company, STACY BOERSEN,
NEW HEIGHTS FARM II, LLC, a Michigan
Limited liability company, and NICHOLAS
BOERSEN,

        Plaintiffs,

v.

Case No. 1:23-cv-00663

GREAT AMERICAN INSURANCE COMPANY,
FEDERAL CROP INSURANCE CORPORATION, and
UNITED STATES DEPARTMENT OF AGRICULTURE,

        Defendants.

---

## DECLARATION OF DONNIKA D. STANCE

---

I, Donnika D. Stance, do hereby make the following declaration in lieu of an affidavit, as permitted by 28 U.S.C. § 1746, and I understand that my declaration is the legal equivalent of a statement under oath:

1. I am currently employed by the Risk Management Agency ("RMA") of the United States Department of Agriculture ("USDA") as the Director of Administrative Review Division.

2. I have been employed by RMA as the Director of the Administrative Review Division since 2017.

3. The Federal Crop Insurance Corporation ("FCIC") is a wholly owned Government Corporation within the USDA managed by RMA.

4. My duties and responsibilities include oversight of certain administrative actions involving RMA, including FCIC.

5. I make this declaration upon personal knowledge obtained by me in the course of my duties and responsibilities with RMA.

6. I have reviewed our files for administrative cases involving the Plaintiffs.

7. My review did not reveal any record of an administrative tort claim submitted by the Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

_____
DONNIKA D. STANCE

Signed on this 27th day of August, 2023