UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; and NICHOLAS BOERSEN, <br><br>    Plaintiffs, <br><br>v. <br><br>GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; and UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br>    Defendants. <br>_____/ | Case No. 1:23-cv-663 <br><br>Hon. Hala Y. Jarbou <br>Chief U.S. District Court Judge <br><br>Hon. Phillip J. Green <br>U.S. Magistrate Judge |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Civil Rule 7.2(b)(ii), the undersigned certifies that the Memorandum in Support of Defendants U.S. Department of Agriculture and Federal Crop Insurance Corporation's Motion to Dismiss complies with the type-volume limitation and contains no more than 10,800 words as provided by Local Civil Rule 7.2(b)(1). A word count was made using Word for Microsoft O365 and the brief contains 5,518 words.

|  |  |
|---|---|
|  | MARK A. TOTTEN <br> United States Attorney |
| Dated: August 28, 2023 | */s/ Laura Babinsky* <br> LAURA BABINSKY (P85670) <br> Assistant United States Attorney <br> P.O. Box 208 <br> Grand Rapids, MI 49501-0208 <br> (616) 456-2404 <br> Laura.Babinsky@usdoj.gov |