EXHIBIT
21

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF IONIA

_____
                                )
CERES FARMS, LLC, an            )
Indiana liability               )
company, and FARMLAND           )
CAPITAL SOLUTIONS, LLC,         )
an Indiana limited              )
liability company,              )
                                )
        Plaintiffs,             )    CASE NO. 21-K-34902-CB
                                )
vs.                             )    HON. SUZANNE HOSETH-KREEGER
                                )
NEW HEIGHTS FARM I, LLC, a      )
Michigan limited liability      )
company, and NEW HEIGHTS        )
FARM II, LLC, a Michigan        )
limited liability company,      )
                                )
        Defendants.             )
_____)


        The Virtual Deposition of ANDY POTTER, taken

    before me, Patricia J. Hankerd, CSR-5430, Notary

    Public for the County of Jackson, on Thursday,

    February 10, 2022, via ZOOM, commencing at or about

    1:30 p.m.



1                    STATE OF MICHIGAN

2          IN THE CIRCUIT COURT FOR THE COUNTY OF IONIA

3

4    _____
                                   )
5    CERES FARMS, LLC, an          )
     Indiana limited liability     )
6    company, and FARMLAND         )
     CAPITAL SOLUTIONS, LLC,       )
7    an Indiana limited            )
     liability company,            )
8                                  )
          Plaintiffs,              )  CASE NO. 21-K-34902-CB
9                                  )
     vs.                           )  HON. SUZANNE HOSETH-KREEGER
10                                 )
     NEW HEIGHTS FARM I, LLC, a    )
11   Michigan limited liability    )
     company, and NEW HEIGHTS      )
12   FARM II, LLC, a Michigan      )
     limited liability company,    )
13                                 )
          Defendants.              )
14   _____)

15

16

17          The Virtual Deposition of ANDY POTTER, taken

18      before me, Patricia J. Hankerd, CSR-5430, Notary

19      Public for the County of Jackson, on Thursday,

20      February 10, 2022, via ZOOM, commencing at or about

21      1:30 p.m.

22

23

24

25

1    APPEARANCES:

2              WARDROP & WARDROP, P.C.
               BY:   THOMAS M. WARDROP
3              300 Ottawa Avenue NW, Suite 150
               Grand Rapids, Michigan 49503
4              (616) 459-1225
               mac@wardroplaw.com
5
                    Appearing Virtually on Behalf of the
6                   Plaintiffs.

7

8              CUNNINGHAM DALMAN, PC
               BY:   RONALD J. VANDERVEEN
9              321 Settlers Road
               Holland, Michigan 49423
10             (616) 391-1821
               rjvv@cunninghamdalman.com
11
                    Appearing Virtually on Behalf of the
12                  Defendants, New Heights.

13

14             SANDERS & ASSOCIATES, LPA
               BY:   THOMAS C. JAMES, JR.
15             8040 Hosbrook Road, Suite 202
               Cincinnati, Ohio 45236
16             (513) 229-8080

17                  Appearing Virtually on Behalf of the
                    Great American.
18

19

20   ALSO PRESENT VIRTUALLY:

21             STACY BOERSON
               NICK BOERSON
22

23

24

25

1      earlier, you have the moisture rating on your reports.

2      Is that a moisture rating that you determined, or how

3      did that come about?

4   A.  It is determined about like test weight.  I mean, we

5      just, I don't know, put our heads together.  And, I

6      mean, most people know that you don't put any, you

7      know, super wet corn in a grain bin because you don't

8      want it to go bad.  So we just put our heads together

9      and said, you know, this is -- is this a good number

10     for -- for moisture.  And they had, I mean, a sample

11     that was out of their bin that they -- they ran that

12     day.  And they said, Well, this is the moisture this

13     day; and it's, you know, all right.  This is the

14     moisture this day.

15  Q.  And from your experience, you were comfortable with

16     that number?

17  A.  Yes.  I was -- I mean, those numbers that we

18     originally settled on, I was very comfortable with

19     them.  I mean, they were happy.  I was happy with

20     them.  I mean, I didn't see any need for -- to

21     question any of those numbers.

22  Q.  All right.  Now, didn't Stacy indicate back in

23     February or March of 2020 she didn't provide the MAC

24     records because she understood you were only asking

25     for records for counties with losses?

1   A.   That was the e-mail or the -- I guess what was told

2        back to me.  But when I was there, I said, Hey, let's

3        get everything and put everything together instead of

4        just leaving one county out.

5   Q.   Okay.

6   A.   It just cleans up the paperwork on my end, I guess,

7        because then I don't have questions of why am I

8        leaving this county out when this claim gets turned

9        in.

10  Q.   All right.  Ballpark how many -- how many claims were

11       you handling for 2019, do you recall, as an

12       adjuster?

13  A.   I could ballpark it at like 75 throughout the season.

14       It might have been a little more than that, but a good

15       load of it was in the spring for all of the preventive

16       plant.  And then all of those would have been worked

17       and done by the summer, and then we would have started

18       again in the fall.  And I think I had, like I say, 75,

19       80 claims.  Somewhere thereabouts for the year.

20  Q.   How does the size of New Heights Farm I and II's

21       operation of about 9,000 acres each, how does that

22       compare to the other farms that you were working

23       claims for?

24  A.   So out of everything, they were by far the largest.

25       But if you -- I mean, I don't know.  I looked at it

1      at the APH, for example, for New Heights Farm?

2  A.  Is -- I guess, as far as looking back at the APH, what

3      do you mean by that?

4  Q.  Do you do any analysis of that in part of your process

5      here that you described today?

6  A.  I do not.  We work with the information that we are

7      given in front of us.  We don't look back into other

8      claims or anything that way -- or I do not anyhow.

9  Q.  At some point, did -- as part of your work at trying

10     to measure harvest and such, did you ask for the

11     machine harvest records from Stacy?

12 A.  I never did, no.

13 Q.  Okay.  Have you had any contact with Helena

14     Agri-science or Helena -- any type of Helena

15     company?

16 A.  I have not.

17 Q.  Just a few more questions and then we'll be done.  Did

18     you have any training -- I think you said you started

19     in early 2019 as an adjuster.  Any training by

20     Great American or otherwise for being an adjuster?

21 A.  Yes.  We ride around with experienced adjusters for --

22     I mean, depending on how fast you pick up this stuff.

23     If have you an ag background and you've been in

24     production agriculture, you pick this up a lot faster

25     than a person that, I mean, has no agriculture

CERES FARMS vs NEW HEIGHTS FARM I
POTTER, ANDY 02/10/2022

Job 17516
46

1                        **ERRATA SHEET**

2   PAGE LINE READS                                        PAGE LINE

3   SHOULD READ

4 _____

5 _____

6 _____

7 _____

8 _____

9 _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____