## Eversole, Craig

| | |
|---|---|
| From: | Chris Shellenbarger <cshell58@hotmail.com> |
| Sent: | Wednesday, February 19, 2020 7:11 PM |
| To: | Eversole, Craig |
| Subject: | [External] Fw: MAC |
| Attachments: | MAC.pdf |

Craig,

I talked with Stacy Boersen this afternoon about the locations they had delivered 2019 grain to. Prior to Andy coming to measure the bins they had delivered to The Andersons, Eaton Farm Bureau Cooperative, Carbon Green BioEnergy, Zeeland Farm Services and MAC.

When Andy came on 12/26 he asked for the information for the loss counties and she emailed what she had at that time from all but MAC. That settlement from MAC was issued on 1/22/20 and was for Washtenaw County, a county that was already determined to not have a loss. Stacy didn't think about needing to send that to Andy as it was from a non-loss county. There was no misrepresentation intended on the bushels that were sold and the settlement sheet is attached and needs to be added to the total bushels sold as of 12/26/19.

I hope this clears up the problem that was reported by the third party to Andy. Please let me know how you intend to proceed from here.

Thank you,

Chris Shellenbarger
Spartan Insurance
517-749-8928

---

**From:** Stacy Boersen <stacy@newheightsfarm.com>
**Sent:** Wednesday, February 19, 2020 4:11 PM
**To:** Chris Shellenbarger <cshell58@hotmail.com>
**Subject:** MAC

Here is the settlement
Thanks
Stacy