ROE System

---

From: ROE System
Sent: 8 Feb 2020 00:00:44 -0500
To: Crop Compliance
Cc: Richard Sarff
Subject: [External] {Regional Office(Notice)} (RO) elects NOT to participate in loss determinations for this claim({Claim Number(Notice)}). USDA.RMA.ROE:0011408
Dear Great American Insurance Company  :

We Received the notice of a potential claim on ( 0041 Corn )  for NEW HEIGHTS FARM I, LLC , (1139524) in 025 Calhoun county. Regional office: 04 Springfield (RO) elects NOT to participate in loss determinations for this claim.

You may proceed with all aspects of the loss determination for this claim without any further notification to the SpringfieldRegional Office; however, should a subsequent potential large claim of $500,000, or more, arise in the  2019 crop year on this policy, the standard large claims notification process would apply.

 ******************************************************************
**Do not reply to this email.**
This is an automated message sent by the System for informational purposes only.
******************************************************************
You can contact Regional Office :  Springfield
Email: rma.roe_il@rma.usda.gov
Phone: 217-241-6600

Jeremy Stone

From: Jeremy Stone
Sent: 29 Jan 2020 17:03:09 -0500
To: Crop Compliance
Cc: Richard Sarff
Subject: [External] 04 Springfield (RO) elects NOT to participate in loss determinations for this claim(). USDA.RMA.ROE:0011867
Dear Great American Insurance Company  :

We Received the notice of a potential claim on ( 0041 Corn )  for NEW HEIGHTS FARM II, LLC , (1139526) in 159 Van Buren county. Regional office: 04 Springfield (RO) elects NOT to participate in loss determinations for this claim.

You may proceed with all aspects of the loss determination for this claim without any further notification to the SpringfieldRegional Office; however, should a subsequent potential large claim of $500,000, or more, arise in the  2019 crop year on this policy, the standard large claims notification process would apply.