## New Heights 1

### Eaton County

1) Farm # 8116- Tract # 7206- Field 13- 6.0 acres reported to GA as soybeans, was actually left fallow

### Calhoun County

2) Farm # 7736- Tract # 11165- Field 1- 39.17 acres & Field 2- 49.99 acres- reported to GA as corn, was actually planted to cover crop soybeans, not reported to GA and not harvested

### Ottawa County

3) Farm # 7328- Tract 2535- Field 3- 25.1 acres-reported to GA as corn, was actually planted to soybeans
4) Farm # 2200- Tract 3339- Field 3- 6.48 acres & Field 6- 2.32 acres- reported to GA as corn, was actually soybeans
5) Farm # 6683- Tract 5301- Field 7- 6.15 acres & Field 5- 5.48 acres- reported to GA as corn, was actually left fallow
6) Farm # 7381- Tract 8307- Field 1- 56.56 acres- reported to GA as corn, but later reported as "no longer farms" which GA denied. New Heights did not plant or harvest a crop in 2019.
7) Farm # 2253- Tract 2452- Field 11- 8.82 acres & Field 2- 10.44 acres- reported to GA as corn, was actually planted to soybeans

On May 21, 2020 Nick and Stacy Boersen inspected 1, 2, 4 above along with Craig Eversole and Jim Fabus from GA. After inspection, all parties agree to the above determinations as well as 3,5,6,7 above, which Nick and Stacy Boersen agreed to without inspecting together.

Insured- Stacy Boersen _____[signature]_____

Witness- Nick Boersen _____[signature]_____

Witness- Craig Eversole _____[signature]_____

Witness- Jim Fabus _____[signature]_____

great american001518

NHF1 Claims 000450