UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, a Michigan
limited liability company; STACY BOERSEN;
NEW HEIGHTS FARM II, LLC, a Michigan
limited liability company; and NICHOLAS    Case No. 1:23-cv-663
BOERSEN,

    Plaintiffs,                                         Hon.: Hala Y. Jarbou

v

GREAT AMERICAN INSURANCE
COMPANY; FEDERAL CROP INSURANCE
CORPORATION; and UNITED STATES
DEPARTMENT OF AGRICULTURE,

    Defendants.

| | |
|---|---|
| Ronald J. VanderVeen (P33067) <br> John D. Fitzpatrick (P85554) <br> Carl Thorwall (P86746) <br> Cunningham Dalman, P.C. <br> *Attorneys for Plaintiffs* <br> 321 Sellers Road <br> Holland, MI 49422-1767 <br> (616) 392-1821 <br> rjvv@cunninghamdalman.com <br> jfitzpatrick@cunninghamdalman.com <br> carlt@cunninghamdalman.com | Thomas C. James, Jr., Esq. (OH0073531) <br> Sanders & Associates, LPA <br> *Attorneys for Defendant Great American* <br> 8040 Hosbrook Road, Suite 202 <br> Cincinnati, OH 45236 <br> (513) 229-8080 <br> tomjames@sanderslpa.com <br><br> Laura A. Babinsky (P85670) <br> Assistant to United States Attorney <br> Attorneys for U.S. Department of Agriculture and Federal Crop Insurance Corporation <br> PO Box 208 <br> Grand Rapids, MI 49501-0208 <br> (616) 456-2404 <br> Laura.babinsky@usdoj.gov |

**CERTIFICATE OF WORD COUNT COMPLIANCE**

    Pursuant to W.D. Mich. LCivR 7.3(b), the Plaintiffs' Brief Opposing Defendant Great American Insurance Co.'s Motion to Dismiss was prepared using Microsoft Word software. The word count for the headings, footnotes, citations, and quotations, not including the case caption,

any cover sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits, affidavits, and other addenda, is 7,428.  This count was generated by the Microsoft Word software.

|  |  |
|---|---|
| Dated:  September 21, 2023 | CUNNINGHAM DALMAN, P.C.<br>Attorneys for Plaintiffs<br><br>By:   */s/ Ronald J. VanderVeen*<br>Ronald J. VanderVeen (P33067)<br>321 Settlers Road<br>Holland, MI 49423<br>(616) 392-1821<br>rjvv@cunninghamdalman.com |