**To:** Damewood, Meaghan <mdamewood@GAIG.COM>
**Subject:** [External] New Heights AR Revisions

Meaghan,

I just realized that I forgot to email the 578's to you for the revisions I requested for New Heights policies.

New Heights Farm I - 1139524 - Allegan County and Ottawa Counties - Fields that need to be removed are not listed on the 578's

New Heights Farm II - 1139526 - Cass and VanBuren Counties - Field in Cass County that needs to be removed is not listed on the 578 and the field that needs to be changed to IRR is listed on page 13 of the VanBuren County 578.

I'm sorry I forgot to do that when I got back to my office this week.  Please let me know when these have been done.

Thank you,

Chris

The content of this e-mail message and any attachments are confidential and may be legally privileged, intended solely for the addressee. If you are not the intended recipient, be advised that any use, dissemination, distribution, or copying of this e-mail is strictly prohibited. If you receive this message in error, please notify the sender immediately by reply email and destroy the message and its attachments.