UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; and NICHOLAS BOERSEN,<br><br>      Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; and UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>      Defendants.<br>_____/ | Case No. 1:23-cv-663<br><br>Hon. Hala Y. Jarbou<br>Chief U.S. District Court Judge<br><br>Hon. Phillip J. Green<br>U.S. Magistrate Judge |

## **JOINT NOTICE REGARDING A RULE 16 SCHEDULING CONFERENCE**

The parties, by and through their respective counsel, filed a Joint Status Report with the Court, which includes recommendations and requests regarding the formulation of a discovery plan.  Specifically, the parties request that the Court establish discovery deadlines following a ruling on Defendants' pending motions to dismiss Plaintiffs' complaint.  If the Court intends to deny this request and set discovery deadlines at this time, the parties request a Rule 16 Scheduling Conference to discuss the discovery schedule.

2

Dated: September 22 2023    /s/ *Ronald J. VanderVeen*
Ronald J. VanderVeen (P33067)
Cunningham Dalman, PC
Attorneys for Plaintiff
321 Settlers Road
Holland, MI 49423
(616) 392-1821
rjvv@cunninghamdalman.com

Dated:  September 22, 2023    /s/ *Thomas C. James, Jr.*
Thomas C. James, Jr., Esq. (OH0073531)
Sanders & Associates, LPA
*Attorneys for Defendant Great American*
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236
(513) 229-8080
tomjames@sanderslpa.com

Dated: September 22, 2023    /s/ *Laura Babinsky*
Laura Babinsky (P85670)
United States Attorney's Office
*Attorney for Federal Defendants*
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 808-2020
laura.babinsky@usdoj.gov