```
 1                    STATE OF MICHIGAN

 2        IN THE CIRCUIT COURT FOR THE COUNTY OF IONIA

 3

 4   _____
                                   )
 5   CERES FARMS, LLC, an          )
     Indiana limited liability     )
 6   company, and FARMLAND         )
     CAPITAL SOLUTIONS, LLC,       )
 7   an Indiana limited            )
     liability company,            )
 8                                 )
             Plaintiffs,           )  CASE NO. 21-K-34902-CB
 9                                 )
     vs.                           )  HON. SUZANNE HOSETH-KREEGER
10                                 )
     NEW HEIGHTS FARM I, LLC, a    )
11   Michigan limited liability    )
     company, and NEW HEIGHTS      )
12   FARM II, LLC, a Michigan      )
     limited liability company,    )
13                                 )
             Defendants.           )
14   _____)

15

16

17         The Virtual Deposition of ANDY POTTER, taken

18     before me, Patricia J. Hankerd, CSR-5430, Notary

19     Public for the County of Jackson, on Thursday,

20     February 10, 2022, via ZOOM, commencing at or about

21     1:30 p.m.

22

23

24

25
```

```
 1    APPEARANCES:

 2            WARDROP & WARDROP, P.C.
              BY:   THOMAS M. WARDROP
 3            300 Ottawa Avenue NW, Suite 150
              Grand Rapids, Michigan 49503
 4            (616) 459-1225
              mac@wardroplaw.com
 5
                      Appearing Virtually on Behalf of the
 6                    Plaintiffs.

 7

 8            CUNNINGHAM DALMAN, PC
              BY:   RONALD J. VANDERVEEN
 9            321 Settlers Road
              Holland, Michigan 49423
10            (616) 391-1821
              rjvv@cunninghamdalman.com
11
                      Appearing Virtually on Behalf of the
12                    Defendants, New Heights.

13

14            SANDERS & ASSOCIATES, LPA
              BY:   THOMAS C. JAMES, JR.
15            8040 Hosbrook Road, Suite 202
              Cincinnati, Ohio 45236
16            (513) 229-8080

17                    Appearing Virtually on Behalf of the
                      Great American.
18

19

20    ALSO PRESENT VIRTUALLY:

21            STACY BOERSON
              NICK BOERSON
22

23

24

25
```

```
 1                            INDEX
 2                         EXAMINATION
 3   Witness Name                                            Page
 4   ANDY POTTER
 5      Examination By Mr. VanderVeen ...................... 4
 6
 7                           EXHIBITS
     Exhibit                                                 Page
 8
     Exhibit A    Andy Potter's Report                        19
 9
     Exhibit B    Alternate Report Higher Test Weight         24
10
     Exhibit C    E-mail Chain                                27
11
     (EXHIBITS ATTACHED TO TRANSCRIPT.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | A. | That was the e-mail or the -- I guess what was told |
| 2 | | back to me.  But when I was there, I said, Hey, let's |
| 3 | | get everything and put everything together instead of |
| 4 | | just leaving one county out. |
| 5 | Q. | Okay. |
| 6 | A. | It just cleans up the paperwork on my end, I guess, |
| 7 | | because then I don't have questions of why am I |
| 8 | | leaving this county out when this claim gets turned |
| 9 | | in. |
| 10 | Q. | All right.  Ballpark how many -- how many claims were |
| 11 | | you handling for 2019, do you recall, as an |
| 12 | | adjuster? |
| 13 | A. | I could ballpark it at like 75 throughout the season. |
| 14 | | It might have been a little more than that, but a good |
| 15 | | load of it was in the spring for all of the preventive |
| 16 | | plant.  And then all of those would have been worked |
| 17 | | and done by the summer, and then we would have started |
| 18 | | again in the fall.  And I think I had, like I say, 75, |
| 19 | | 80 claims.  Somewhere thereabouts for the year. |
| 20 | Q. | How does the size of New Heights Farm I and II's |
| 21 | | operation of about 9,000 acres each, how does that |
| 22 | | compare to the other farms that you were working |
| 23 | | claims for? |
| 24 | A. | So out of everything, they were by far the largest. |
| 25 | | But if you -- I mean, I don't know.  I looked at it |

| | | |
|---|---|---|
| 1 | | as you -- you break it down by the individual |
| 2 | | counties.  And if you do it by individual counties, |
| 3 | | then you just keep on that mentality of, you know, |
| 4 | | this county, this production goes here.  And you just |
| 5 | | start laying it all out and breaking it all out by |
| 6 | | county.  I mean, the largest farm in the world a guy |
| 7 | | could work it as long as the records all -- you know, |
| 8 | | you could lay it out and you have a system that you |
| 9 | | can work to keep keying in and make sense of it. |
| 10 | Q. | Okay.  Well, I guess the point I was just asking is: |
| 11 | | By acre, the farming operation of New Heights Farm was |
| 12 | | by far larger than the other farms you were adjusting |
| 13 | | claims for; is that right? |
| 14 | A. | Correct. |
| 15 | Q. | And then in terms of the geographic area of the spread |
| 16 | | from Ottawa County down to Van Buren somewhere in |
| 17 | | Southern Michigan over to Hillsdale, geographically |
| 18 | | it's by far the most spread out of any of the farms |
| 19 | | you were adjusting, correct? |
| 20 | A. | Correct. |
| 21 | Q. | And by nature of that, they would be selling grain to |
| 22 | | more different elevators than what your typical claim |
| 23 | | would be that you were adjusting? |
| 24 | A. | Yes.  I guess you could say that.  I mean, you could |
| 25 | | say that -- I mean, they are making economical sense |

1      background.
2              So were we, you know, turned loose on our own
3      faster than other people?  Yes.  But, I mean, my
4      speculation would be Great American and our supervisor
5      knew that we knew the -- the information and we knew
6      farming and we -- we could do the job that needed to
7      be done.
8  Q.  When you say we, who are you talking about?  You
9      and --
10 A.  Yeah.  I mean, me Chris Spitzley.  I mean, they hired
11     in 2019 like six new adjusters if I remember right.
12     It might be a little bit more.  But there were --
13     Chris Spitzley and I both came from long lines of
14     farming background, and we -- we can talk the farming.
15     You know, we understood what we needed to do.  We were
16     efficient on getting our work done, and -- and they
17     let us do what we needed to do.
18 Q.  So, in other words, there really wasn't any actual
19     training.  They just hired you and figured you knew
20     how to do it and sent you out to do it?
21 A.  No.  There was -- we had to do so many hours of
22     training.  But -- and we completed the hours that we
23     needed.  But also there are some people that they ride
24     along a lot longer because they do not pick up on
25     things and they're -- they're not as confident going

```
 1                    CERTIFICATE OF NOTARY

 2          I, Patricia J. Hankerd, certify that this

 3     deposition was taken before me on the date

 4     hereinbefore set forth; and that the foregoing

 5     questions and answers were recorded by me

 6     stenographically; that said transcription is a true

 7     and accurate transcript of the proceedings had and

 8     testimony taken.

 9          Before completion of the deposition, review of

10     the transcript ( X ) was requested.  If requested, any

11     changes made by the deponent (and provided to

12     reporter) during the period allowed are appended

13     hereto.

14               I further certify that I am not interested

15     in the outcome of the action.

16

17                         _Patricia J. Hankerd_
18                         _____
                           Patricia J. Hankerd, CSR 5430
19

20

21

22     My Commission Expires:  December 27, 2022

23

24

25
```