**EXHIBIT 29**

United States Department of Agriculture



Federal Crop Insurance Corporation



Risk Management Agency



Insurance Services

FCIC-14040
(12-2016)

# LARGE CLAIM STANDARDS HANDBOOK

FCIC-Approved Standards and Procedures for Handling Large Claims and Referrals for Insurance Services, Regional Offices, and AIPs for the 2017 and Succeeding Crop Years.

## PART 6   DISbePUTE RESOLUTION

**45   Dispute Resolution**

**A   General Information**

(1) If there are any disputed or unresolved issues between RMA and the AIP regarding a loss determination during RMA's review or participation in such loss determination, such disputes or unresolved issues:

  (a) will be elevated to the AIP's National Claims Manager and RMA's RMSD Director.

  (b) will not, without RMA concurrence, be discussed in the presence of the policyholder or anyone else outside of RMA or the AIP.

(2) If there is a dispute between RMA and the AIP, with respect to RMA's determination of a loss, the AIP will pay the claim according to RMA's written approval. The AIP retains the right to dispute RMA's actions in accordance with administrative appeals procedures found in 7 CFR § 400.169.

(3) When RMA elects to participate in the loss determination, or modifies, revises, or corrects a claim during review prior to the AIP reaching an agreement with the policyholder or prior to the AIP making payment to the policyholder on the claim:

  (a) If the policyholder disputes the claim, the policyholder's dispute on the RMA modification, revision or correction will be with RMA.

   (i) The policyholder may request administrative review, mediation, or appeal to NAD in accordance with section 20(e) of the BP.

   (ii) The AIP must provide RMA with cooperation and assistance as needed in any dispute with the policyholder.

   (iii) The policyholder may not bring arbitration, mediation or litigation action against the AIP in regards to the settlement of the claim.