UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, a Michigan
limited liability company; STACY BOERSEN;
NEW HEIGHTS FARM II, LLC, a Michigan
limited liability company; and NICHOLAS                    Case No. 1:23-cv-663
BOERSEN,

       Plaintiffs,                                          Hon.: Hala Y. Jarbou

v

GREAT AMERICAN INSURANCE
COMPANY; FEDERAL CROP INSURANCE
CORPORATION; and UNITED STATES
DEPARTMENT OF AGRICULTURE,

       Defendants.

---

| | |
|---|---|
| Ronald J. VanderVeen (P33067) | Thomas C. James, Jr., Esq. (OH0073531) |
| John D. Fitzpatrick (P85554) | Sanders & Associates, LPA |
| Carl Thorwall (P86746) | *Attorneys for Defendant Great American* |
| Cunningham Dalman, P.C. | 8040 Hosbrook Road, Suite 202 |
| *Attorneys for Plaintiffs* | Cincinnati, OH 45236 |
| 321 Sellers Road | (513) 229-8080 |
| Holland, MI 49422-1767 | tomjames@sanderslpa.com |
| (616) 392-1821 | |
| rjvv@cunninghamdalman.com | |
| jfitzpatrick@cunninghamdalman.com | |
| carlt@cunninghamdalman.com | |
| | Laura A. Babinsky (P85670) |
| | Assistant to United States Attorney |
| | Attorneys for U.S. Department of Agriculture and |
| | Federal Crop Insurance Corporation |
| | PO Box 208 |
| | Grand Rapids, MI 49501-0208 |
| | (616) 456-2404 |
| | Laura.babinsky@usdoj.gov |

---

**CERTIFICATE OF WORD COUNT COMPLIANCE**

Pursuant to W.D. Mich. LCivR 7.3(b), the Plaintiffs' Brief Opposing Defendants FCIC's

and USDA's Motion to Dismiss was prepared using Microsoft Word software.  The word count

for the headings, footnotes, citations, and quotations, not including the case caption, any cover

sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits,

affidavits, and other addenda, is 5,806.  This count was generated by the Microsoft Word

software.

CUNNINGHAM DALMAN, P.C.
Attorneys for Plaintiffs

Dated:  September 25, 2023                    By:  _/s/ Ronald J. VanderVeen_____
                                                        Ronald J. VanderVeen (P33067)
                                                        321 Settlers Road
                                                        Holland, MI 49423
                                                        (616) 392-1821
                                                        rjvv@cunninghamdalman.com