# INFORMATIONAL MEMORANDUM: IS–18-006

**DATE**  July 02, 2018

**TO:**  All Approved Insurance Providers
All Risk Management Agency Field Offices
All Other Interested Parties

**FROM:**  Robert Ibarra, Deputy Administrator for Insurance Services   */s/ Robert Ibarra   7/2/2018*

**SUBJECT:**  Potential Large Claims Notice Submissions for the 2019 and Subsequent Reinsurance Years

## Background

The Risk Management Agency (RMA) continues to update its data processing systems. RMA uses the Regional Office Exceptions (ROE) system to store documents and other information on large claims in which RMA chooses to participate. Beginning on July 1, 2018, ROE will include potential large claims notice capability and will eliminate the need to use email or SharePoint for notification purposes. As a result, Approved Insurance Providers (AIPs) must submit all potential large claim notices for the 2019 and subsequent Reinsurance Years into the ROE system through the R40 / R41 record as described in the 2019 Standard Reinsurance Agreement in Appendix III.

## Action

Beginning July 1, 2018, for the 2019 and subsequent Reinsurance Years, AIPs must submit potential large claim notices via electronic submission into ROE. Potential large claims notices for the 2018 and prior Reinsurance Years can use the current procedure.

Regional Offices will have three business days from the date of submission by the AIP to elect to participate in the potential large claim. Once the potential large claims notice is logged, ROE will automatically generate a notification to the AIP if the Regional Office elects to participate in the potential large claim within the three business day timeframe. The AIP may begin uploading claim and underwriting documents into the appropriate ROE folder as soon as it is notified that RMA will participate in the claim.

If an AIP is unable to submit the RMA RO potential large claim notice due technical issues, it should contact the Regional Office immediately. The Regional Office will review the information and place any corresponding documents in the appropriate folder on the ROE Extranet SharePoint site.

A Regional Office will return any 2019 Reinsurance Year or subsequent potential large claim notices that are not submitted through ROE. This process change does not alter any deadlines or procedural requirements for large claims screening, notification, and document submission.

**DISPOSAL DATE:**

When incorporated into procedures

USDA is an Equal Opportunity Employer and Provider

**National Office**

USDA/RMA/Stop 0801/Room 2004-South
1400 Independence Ave. SW
Washington, DC 20250

Email: FPAC.BC.Press@usda.gov (mailto:FPAC.BC.Press@usda.gov?subject=Email%20from%20RMA%20Web)

Exhibit 9