UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, a Michigan
limited liability company; STACY BOERSEN;
NEW HEIGHTS FARM II, LLC, a Michigan
limited liability company; and NICHOLAS          Case No. 1:23-cv-663
BOERSEN,

     Plaintiffs,                                    Hon.: Hala Y. Jarbour

v

GREAT AMERICAN INSURANCE
COMPANY; FEDERAL CROP INSURANCE
CORPORATION; and UNITED STATES
DEPARTMENT OF AGRICULTURE,

     Defendants.

---

## PROOF OF SERVICE

The undersigned verifies that on October 6, 2023, a copy of **Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Great American Insurance Company** and this **Proof of Service** herein were served upon:

Thomas C. James, Jr., Esq.
Sanders & Associates, LPA
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236

Via email to:  tomjames@sanderslpa.com, and via First Class mail to the address listed above, in accordance with the applicable court rules.

                               */s/ Jamie L. Elhart*
                               Jamie L. Elhart, Litigation Paralegal