UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, a Michigan
limited liability company; STACY BOERSEN;
NEW HEIGHTS FARM II, LLC, a Michigan
limited liability company; and NICHOLAS
BOERSEN,

    Plaintiffs,

v

GREAT AMERICAN INSURANCE
COMPANY; FEDERAL CROP INSURANCE
CORPORATION; and UNITED STATES
DEPARTMENT OF AGRICULTURE,

    Defendants.

Case No. 1:23-cv-663

Hon.: Hala Y. Jarbour

## PROOF OF SERVICE

The undersigned verifies that on October 6, 2023, a copy of **Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendants Federal Crop Insurance Corporation and United States Department of Agriculture** and this **Proof of Service** herein were served upon:

Laura A. Babinsky
Assistant to United States Attorney
PO Box 208
Grand Rapids, MI  49501-0208

Via email to:  Laura.babinsky@usdoj.gov, and via First Class mail to the address listed above, in accordance with the applicable court rules.

                                             */s/ Jamie L. Elhart*
                                             Jamie L. Elhart, Litigation Paralegal