UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; and NICHOLAS BOERSEN, <br><br>    Plaintiffs, <br><br>v. <br><br>GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; and UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br>    Defendants. <br>_____/ | Case No. 1:23-cv-663 <br><br>Hon. Hala Y. Jarbou <br>Chief U.S. District Court Judge <br><br>Hon. Phillip J. Green <br>U.S. Magistrate Judge |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Civil Rule 7.2(b)(ii), the undersigned certifies that Defendant's Reply in Support of Defendants U.S. Department of Agriculture and Federal Crop Insurance Corporation's Motion to Dismiss complies with the type-volume limitation and contains no more than 4,300 words as provided by Local Civil Rule 7.2(c).  A word count was made using Word for Microsoft 365 and the brief contains 3,141 words.

                                                        MARK A. TOTTEN
                                                        United States Attorney

Dated: October 10, 2023                    */s/ Laura Babinsky*
                                                        LAURA BABINSKY (P85670)
                                                        Assistant United States Attorney
                                                        P.O. Box 208
                                                        Grand Rapids, MI 49501-0208
                                                        (616) 456-2404
                                                        Laura.Babinsky@usdoj.gov