UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, a Michigan
limited liability company; STACY BOERSEN;
NEW HEIGHTS FARM II, LLC, a Michigan
limited liability company; and NICHOLAS               Case No. 1:23-cv-663
BOERSEN,

      Plaintiffs,                                          Hon.: Hala Y. Jarbou

v

GREAT AMERICAN INSURANCE
COMPANY; FEDERAL CROP INSURANCE
CORPORATION; and UNITED STATES
DEPARTMENT OF AGRICULTURE,

      Defendants.

| | |
|---|---|
| Ronald J. VanderVeen (P33067) | Thomas C. James, Jr., Esq. (OH0073531) |
| John D. Fitzpatrick (P85554) | Sanders & Associates, LPA |
| Carl Thorwall (P86746) | *Attorneys for Defendant GAIC* |
| Cunningham Dalman, P.C. | 8040 Hosbrook Road, Suite 202 |
| *Attorneys for Plaintiffs* | Cincinnati, OH 45236 |
| 321 Sellers Road | (513) 229-8080 |
| Holland, MI 49422-1767 | tomjames@sanderslpa.com |
| (616) 392-1821 | |
| rjvv@cunninghamdalman.com | Laura A. Babinsky (P85670) |
| jfitzpatrick@cunninghamdalman.com | Assistant to United States Attorney |
| carlt@cunninghamdalman.com | *Attorneys for U.S. Department of Agriculture and* |
| | *Federal Crop Insurance Corporation* |
| | PO Box 208 |
| | Grand Rapids, MI  49501-0208 |
| | (616) 456-2404 |
| | Laura.babinsky@usdoj.gov |

**Notice of Selection of Mediator**

The parties have selected Mr. Jon March of Miller Johnson PLC, Grand Rapids, MI  49501-0306 to serve as mediator in this matter pursuant to the Court's Case Management Order.

Dated: October 12, 2023                                        Dated:  October 12, 2023


By: */s/ Ronald J. VanderVeen*                        By: */s/ Thomas C. James, Jr.*
    Ronald J. VanderVeen (P33067)                 Thomas C. James, Jr., Esq. (OH0073531)
    Cunningham Dalman, PC                              Sanders & Associates, LPA
    Attorneys for Plaintiff                                  *Attorneys for Defendant Great American*
    321 Settlers Road                                       8040 Hosbrook Road, Suite 202
    Holland, MI 49423                                      Cincinnati, OH 45236
    (616) 392-1821                                          (513) 229-8080
    rjvv@cunninghamdalman.com                    tomjames@sanderslpa.com


                                      Dated: October 12, 2023


                                      By: */s/ Laura Babinsky*
                                      Laura Babinsky (P85670)
                                      United States Attorney's Office
                                      *Attorney for Federal Defendants*
                                      Post Office Box 208
                                      Grand Rapids, MI 49501-0208
                                      (616) 808-2020
                                      laura.babinsky@usdoj.gov