UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; and NICHOLAS BOERSEN, <br><br> Plaintiffs, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; and UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendants. <br> _____/ | Case No. 1:23-cv-663 <br><br> Hon. Hala Y. Jarbou <br> Chief U.S. District Court Judge <br><br> Hon. Phillip J. Green <br> U.S. Magistrate Judge |

## DEFENDANTS U.S. DEPARTMENT OF AGRICULTURE AND FEDERAL CROP INSURANCE CORPORATION'S MOTION TO STAY DISCOVERY

Defendants U.S. Department of Agriculture and Federal Crop Insurance Corporation (collectively, the Federal Defendants) move the Court to stay discovery as to the Federal Defendants until the Court decides their Motion to Dismiss (ECF No. 31, PageID.3088). This motion is supported by the accompanying memorandum.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: November 3, 2023

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY (P85670)
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov