UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; and NICHOLAS BOERSEN,<br><br>           Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; and UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>           Defendants.<br>_____/ | Case No. 1:23-cv-663<br><br>Hon. Hala Y. Jarbou<br>Chief U.S. District Court Judge<br><br>Hon. Phillip J. Green<br>U.S. Magistrate Judge |

## **ORDER**

Upon consideration of Defendants U.S. Department of Agriculture and Federal Crop Insurance Corporation's Motion to Stay Discovery, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that discovery is stayed as to the Federal Defendants until the Court decides their Motion to Dismiss.

Dated: _____           _____
                                                              HALA Y. JARBOU
                                                              Chief United States District Judge