UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company, et al., | Case No. 1:23-cv-663 |
| | Hon. Hala Y. Jarbou |
| Plaintiffs, | Chief U.S. District Court Judge |
| v. | Hon. Phillip J. Green |
| | U.S. Magistrate Judge |
| GREAT AMERICAN INSURANCE COMPANY, et al., | |
| Defendants. _____/ | |

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Civil Rule 7.1(d), counsel for Defendants U.S. Department of Agriculture and Federal Crop Insurance Corporation (the Federal Defendants) reached out to counsel for Plaintiffs on November 2, 2023 via telephone, but was unable to reach them to obtain their concurrence.  Counsel for the Federal Defendants conferred with counsel for Defendant Great American Insurance Company (Great American) on November 3, 2023, and counsel for Great American indicated that Great American does not oppose a stay of discovery for the Federal Defendants.

MARK A. TOTTEN
United States Attorney

Dated: November 3, 2023

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY (P85670)
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov