UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC,<br>a Michigan limited liability company, et al., | Case No. 1:23-cv-663 |
| | Hon. Hala Y. Jarbou |
| Plaintiffs, | Chief U.S. District Court Judge |
| v. | Hon. Phillip J. Green<br>U.S. Magistrate Judge |
| GREAT AMERICAN INSURANCE<br>COMPANY, et al., | |
| Defendants. | |
| _____/ | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Civil Rule 7.3(b)(ii), the undersigned certifies that the Memorandum in Support of Defendants U.S. Department of Agriculture and Federal Crop Insurance Corporation's Motion to Stay Discovery complies with the type-volume limitation and contains no more than 4,300 words as provided by Local Civil Rule 7.3(b)(i). A word count was made using Word for Microsoft 365 and the brief contains 1,477 words.

MARK A. TOTTEN
United States Attorney

Dated: November 3, 2023

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY (P85670)
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov