UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW HEIGHTS FARM I, LLC, et al.,

       Plaintiffs,                        Case No. 1:23–cv–00663–HYJ–PJG

v.                                       Hon. Hala Y. Jarbou

GREAT AMERICAN INSURANCE
COMPANY, et al.,

       Defendants.
_____/

**ORDER**

     The Court having reviewed Defendants U.S. Department of Agriculture and Federal Crop Insurance Corporation's Motion to Stay Discovery (ECF No. 52), **IT IS ORDERED** that the Defendants' motion (ECF No. 52) is **DENIED**.

     IT IS SO ORDERED.

Dated:  November 3, 2023                      /s/ Hala Y. Jarbou
                                                            HALA Y. JARBOU
                                                            Chief United States District Judge