UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; and NICHOLAS BOERSEN, <br><br>         Plaintiffs, <br><br>v. <br><br>GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; and UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br>         Defendants. <br>_____/ | Case No. 1:23-cv-663 <br><br>Hon. Hala Y. Jarbou <br>Chief U.S. District Court Judge <br><br>Hon. Phillip J. Green <br>U.S. Magistrate Judge |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2023, she caused to be mailed, via First-Class Mail, copies of **DEFENDANTS U.S. DEPARTMENT OF AGRICULTURE AND FEDERAL CROP INSURANCE CORPORATION'S RESPONSES TO PLAINTIFFS' FIRST DISCOVERY REQUESTS and DEFENDANTS U.S. DEPARTMENT OF AGRICULTURE AND FEDERAL CROP INSURANCE CORPORATION'S PRIVILEGE LOG** in the above-captioned matter to:

| | |
|---|---|
| Ronald J. VanderVeen <br> Carl Thorwall <br> CUNNINGHAM DALMAN, PC <br> 321 Settlers Road <br> Holland, MI 49422 | Thomas C. James, Jr., Esq. <br> SANDERS & ASSOCIATES, LPA <br> 8040 Hosbrook Road, Suite 202 <br> Cincinnati, OH 45236 |

                                        2

MARK A. TOTTEN
United States Attorney

Dated: November 20, 2023             */s/ Laura A. Babinsky*
LAURA A. BABINSKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov
Attorneys for Federal Defendants