UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company, et al., | Case No. 1:23-cv-663 |
| | Hon. Hala Y. Jarbou |
| Plaintiffs, | Chief U.S. District Court Judge |
| v. | Hon. Phillip J. Green |
| | U.S. Magistrate Judge |
| GREAT AMERICAN INSURANCE COMPANY, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2023, she caused to be mailed a copy of **DEFENDANTS U.S. DEPARTMENT OF AGRICULTURE AND FEDERAL CROP INSURANCE CORPORATION'S RULE 26(a)(1) INITIAL DISCLOSURES** via first-class mail in the above-captioned matter to:

Ronald J. VanderVeen
Carl Thorwall
CUNNINGHAM DALMAN, PC
321 Settlers Road
Holland, MI 49422

Thomas C. James, Jr., Esq.
SANDERS & ASSOCIATES, LPA
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236

MARK A. TOTTEN
United States Attorney

Dated: November 28, 2023

*/s/ Laura A. Babinsky*
LAURA A. BABINSKY (P85670)
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Laura.Babinsky@usdoj.gov