## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **NEW HEIGHTS FARM I, LLC, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **GREAT AMERICAN INSURANCE COMPANY, et al.,** <br><br> **Defendants.** | **Case No. 1:23-CV-663** <br><br> **Honorable Hala Y. Jarbou** <br> **Magistrate Judge Phillip J. Green** |

## PROOF OF SERVICE

The undersigned verifies that on December 12, 2023, a copy of Defendant Great American Insurance Company's Amended Responses to Plaintiffs' First Set of Interrogatories, Verification of same, and this Proof of Service were served via email and First Class mail to the addresses listed below, in accordance with the applicable court rules.

| | |
|---|---|
| Ronald J. VanderVeen (P33067) <br> John D. Fitzpatrick (P85554) <br> Carl Thorwall (P86746) <br> Cunningham Dalman, P.C. <br> 321 Sellers Road <br> Holland, MI 49422-1767 <br> (616) 392-1821 <br> rjvv@cunninghamdalman.com <br> jfitzpatrick@cunninghamdalman.com <br> carlt@cunninghamdalman.com | Laura A. Babinsky (P85670) <br> Assistant to United States Attorney <br> PO Box 208 <br> Grand Rapids, MI 49501-0208 <br> (616) 456-2404 <br> Laura.babinsky@usdoj.gov |

*s/ Thomas C. James, Jr.*
Thomas C. James, Jr., Esq.
(Ohio Bar # 73531)
**SANDERS & ASSOCIATES, LPA**
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236
Phone: (513) 229-8080
Fax: (513) 229-8081
TomJames@SandersLPA.com
**Attorney for Defendant Great American**