# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **NEW HEIGHTS FARM I, LLC, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**GREAT AMERICAN INSURANCE COMPANY, et al.,**<br><br>    Defendants. | Case No. 1:23-CV-663<br><br><br>**Honorable Hala Y. Jarbou**<br>**Magistrate Judge Phillip J. Green** |

## GREAT AMERICAN INSURANCE COMPANY'S PROOF OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES

The undersigned verifies that on November 28, 2023, the following document and this Proof of Service were served via email and First Class mail to the addresses listed below, in accordance with the applicable court rules.

1. GREAT AMERICAN INSURANCE COMPANY'S FED. R. CIV. P. R. 26(a)(1) INITIAL DISCLOSURES.

| | |
|---|---|
| Ronald J. VanderVeen (P33067)<br>John D. Fitzpatrick (P85554)<br>Carl Thorwall (P86746)<br>Cunningham Dalman, P.C.<br>321 Sellers Road<br>Holland, MI 49422-1767<br>(616) 392-1821<br>rjvv@cunninghamdalman.com<br>jfitzpatrick@cunninghamdalman.com<br>carlt@cunninghamdalman.com | Laura A. Babinsky (P85670)<br>Assistant to United States Attorney<br>PO Box 208<br>Grand Rapids, MI 49501-0208<br>(616) 456-2404<br>Laura.babinsky@usdoj.gov |

Dated:  <u>November 28, 2023</u>

Respectfully submitted by:

**s/ *Thomas C. James, Jr.*** 
Thomas C. James, Jr., Esq. (OH# 0073531)
SANDERS & ASSOCIATES, LPA
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236
TomJames@SandersLPA.com
Phone:  (513) 229-8080
Attorney for Defendant Great American