UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, a Michigan
limited liability company; STACY BOERSEN;
NEW HEIGHTS FARM II, LLC, a Michigan
limited liability company; and NICHOLAS
BOERSEN,

    Plaintiffs,

v

GREAT AMERICAN INSURANCE
COMPANY; FEDERAL CROP INSURANCE
CORPORATION; and UNITED STATES
DEPARTMENT OF AGRICULTURE,

    Defendants.

Case No. 1:23-cv-663

Hon.: Hala Y. Jarbour

**PROOF OF SERVICE**

The undersigned verifies that on January 3, 2024, a copy of **Plaintiff's First Request for Admissions to Defendant Great American Insurance Co.,** and this **Proof of Service** herein were served upon:

| | |
|---|---|
| Thomas C. James, Jr., Esq. (OH0073531) | Laura A. Babinsky |
| Sanders & Associates, LPA | Assistant to United States Attorney |
| 8040 Hosbrook Road, Suite 202 | PO Box 208 |
| Cincinnati, OH 45236 | Grand Rapids, MI  49501-0208 |
| VIA EMAIL TO:  tomjames@sanderslpa.com | VIA EMAIL TO: laura.babinsky@usdoj.gov |

And via this Court's electronic filing system notifications to the registered email addresses of counsel as stated above, in accordance with the applicable court rules.

                                      */s/ Jamie L. Elhart*
                                      Jamie L. Elhart, Litigation Paralegal