UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; and NICHOLAS BOERSEN, | Case No. 1:23-cv-663 |
| Plaintiffs, | Hon.: Hala Y. Jarbour |
| v | |
| GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; and UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendants. | |

**PROOF OF SERVICE**

The undersigned verifies that on January 3, 2024, a copy of **Plaintiff's Second Set of Interrogatories to Defendants United States Department of Agriculture, Federal Crop Insurance Corporation, and Great American Insurance Co.,** and this **Proof of Service** herein were served upon:

| | |
|---|---|
| Thomas C. James, Jr., Esq. (OH0073531) Sanders & Associates, LPA 8040 Hosbrook Road, Suite 202 Cincinnati, OH 45236 VIA EMAIL TO:  tomjames@sanderslpa.com | Laura A. Babinsky Assistant to United States Attorney PO Box 208 Grand Rapids, MI  49501-0208 VIA EMAIL TO: laura.babinsky@usdoj.gov |

and via First Class mail to the address listed above, in accordance with the applicable court rules.

*/s/ Jamie L. Elhart*
Jamie L. Elhart, Litigation Paralegal