UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NEW HEIGHTS FARM I, LLC, a Michigan
limited liability company; STACY BOERSEN;
NEW HEIGHTS FARM II, LLC, a Michigan
limited liability company; and NICHOLAS
BOERSEN,

    Plaintiffs,

v

GREAT AMERICAN INSURANCE
COMPANY; FEDERAL CROP INSURANCE
CORPORATION; and UNITED STATES
DEPARTMENT OF AGRICULTURE,

    Defendants.

Case No. 1:23-cv-663

Hon.: Hala Y. Jarbou

| | |
|---|---|
| Ronald J. VanderVeen (P33067) | Thomas C. James, Jr., Esq. (OH0073531) |
| John D. Fitzpatrick (P85554) | Sanders & Associates, LPA |
| Carl Thorwall (P86746) | *Attorneys for Defendant GAIC* |
| Cunningham Dalman, P.C. | 8040 Hosbrook Road, Suite 202 |
| *Attorneys for Plaintiffs* | Cincinnati, OH 45236 |
| 321 Sellers Road | (513) 229-8080 |
| Holland, MI 49422-1767 | tomjames@sanderslpa.com |
| (616) 392-1821 | |
| rjvv@cunninghamdalman.com | Laura A. Babinsky (P85670) |
| jfitzpatrick@cunninghamdalman.com | Assistant to United States Attorney |
| carlt@cunninghamdalman.com | *Attorneys for U.S. Department of Agriculture and Federal Crop Insurance Corporation* |
| | PO Box 208 |
| | Grand Rapids, MI  49501-0208 |
| | (616) 456-2404 |
| | Laura.babinsky@usdoj.gov |

## PLAINTIFFS' EXPERT WITNESS LIST

PLAINTIFFS, NEW HEIGHTS FARM I, LLC, STACY BOERSEN, NEW HEIGHTS FARM II, LLC, and NICHOLAS BOERSEN, by and through their attorneys, Cunningham Dalman, P.C., and hereby discloses the following expert witnesses that may be relied upon at trial:

1. Robert Cerda
   Crop Insurance Systems, Inc.
   3150 N. Lake Shore Dr.
   Suite 17B
   Chicago, IL 60657

Areas of expertise: Mr. Cerda is an expert in crop insurance policies and loss adjustment procedures/processing and he is expected to testify about the Great American Insurance Co.'s failures in handling New Heights Farm I, LLC's and New Heights Farm II, LLC's loss adjustments.

2. Any expert witnesses disclosed by Defendants.

3. Any expert witnesses whose names become known through the completion of discovery.

4. Any and all persons whose names have been listed or referenced in Defendants' interrogatory answers or depositions.

5. Any and all necessary rebuttal witnesses.

6. Plaintiffs reserve the right to amend this expert witness list.

                                                      CUNNINGHAM DALMAN, P.C.
                                                      Attorneys for Plaintiffs

Dated: January 8, 2024                     By:   */s/ Ronald J. VanderVeen*
                                                      Ronald J. VanderVeen (P33067)
                                                      321 Settlers Road
                                                      Holland, MI 49423
                                                      (616) 392-1821
                                                      Rjvv@cunninghamdalman.com