UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW HEIGHTS FARM I, LLC, et al.,

    Plaintiffs,

v.

    Case No. 1:23-cv-663

    Hon. Hala Y. Jarbou

GREAT AMERICAN INSURANCE
COMPANY, et al.,

    Defendants.
_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendant Great American Insurance Company's Rule 12(b)(1) motion to dismiss (ECF No. 27) is **GRANTED**. Accordingly, Defendant Great American Insurance Company is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants Federal Crop Insurance Corporation and United States Department of Agriculture's joint Rule 12(b)(1) motion to dismiss (ECF No. 31) is **GRANTED**. Accordingly, Defendants Federal Crop Insurance Corporation and United States Department of Agriculture are **DISMISSED WITHOUT PREJUDICE**.

In light of the foregoing, all claims have been dismissed. Because no claims remain, the Court will enter a judgment dismissing the case.

A judgment will enter consistent with this Order.

Dated: January 11, 2024        /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE