UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW HEIGHTS FARM I, LLC, et al.,

    Plaintiffs,

                                       Case No. 1:23-cv-633

v.

                                       Hon. Hala Y. Jarbou

GREAT AMERICAN INSURANCE
COMPANY, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: January 11, 2024              /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE