Notice of Appeal to Court of Appeals From a
Judgment of District Court

United States District Court for the Western
District of Michigan
Docket Number 1:23-cv-663

NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; and NICHOLAS BOERSEN,

    Plaintiffs,

v

GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; and UNITED STATES DEPARTMENT OF AGRICULTURE,

    Defendants.

Notice of Appeal

New Heights Farm I, LLC, New Heights Farm II, LLC, Stacy Boersen, and Nicholas Boersen appeal to the Unites States Court of Appeal for the 6th Circuit from the final judgment entered on January 11, 2024.

    /s/ Ronald J. VanderVeen
    Attorney for Plaintiffs
    Address: 321 Settlers Road, Holland, MI 49423