UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  February 02, 2024

Ms. Laura Ann Babinsky
Office of the U.S. Attorney
Department of Justice
P.O. Box 208
Grand Rapids, MI 49501

Mr. Thomas C. James Jr.
Sanders & Associates
8040 Hosbrook Road
Suite 202
Cincinnati, OH 45236

Mr. Ronald J. VanderVeen
Cunningham Dalman
P.O. Box 1767
Holland, MI 49422

Re: Case No. 24-1087, *New Heights Farm I, LLC, et al v. Great American Insurance Company, et al*
Originating Case No. : 1:23-cv-00663

Dear Counsel,

   This appeal has been docketed as case number **24-1087** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **February 16, 2024**.  Additionally, the transcript order must be

completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|            | Appearance of Counsel |
|------------|----------------------|
| Appellant: | Civil Appeal Statement of Parties & Issues |
|            | Disclosure of Corporate Affiliations |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

|           | Appearance of Counsel |
|-----------|----------------------|
| Appellee: | Disclosure of Corporate Affiliations |
|           | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-1087

NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN; NEW HEIGHTS FARM II, LLC, a Michigan limited liability company

  Plaintiffs - Appellants

v.

GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE CORPORATION; UNITED STATES DEPARTMENT OF AGRICULTURE

  Defendants - Appellees