# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 09, 2024

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re:  Case No. 24-1087, *New Heights Farm I, LLC, et al v. Great American Ins Co, et al*
Originating Case No. 1:23-cv-00663

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Sharday S. Swain, Case Manager
Direct Dial No. 513-564-7027

cc: Ms. Laura Ann Babinsky
Mr. Thomas C. James Jr.
Mr. Ronald J. VanderVeen

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-1087

_____

Filed: December 09, 2024

NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; STACY BOERSEN;
NEW HEIGHTS FARM II, LLC, a Michigan limited liability company; NICHOLAS BOERSEN

      Plaintiffs - Appellants

v.

GREAT AMERICAN INSURANCE COMPANY; FEDERAL CROP INSURANCE
CORPORATION; UNITED STATES DEPARTMENT OF AGRICULTURE

      Defendants - Appellees

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 10/15/2024 the mandate for this case hereby

issues today.

 COSTS:  None